UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-80385-Civ-Brannon

SUN LIFE ASSURANCE COMPANY
OF CANADA,

    Plaintiff(s),

vs.

IMPERIAL HOLDINGS INC., et al.,

    Defendant(s).
_____/



ORDER MEMORIALIZING RULINGS AT MOTION HEARING

THIS CAUSE is before the Court following a motion hearing held on December 9, 2014, on Defendants' Motion to Dismiss Second Amended Civil Action Complaint. (DE 153). After hearing argument from both sides, the Court ruled from the bench. Defendants' motion is GRANTED in part and DENIED in part. To memorialize the rulings at the hearing, and for the reasons stated in open Court, the Court ORDERS as follows:

Defendants' Motion to Dismiss Count I alleging RICO violations under 18 U.S.C. §§ 1962(a) and (c) is hereby DENIED.

Defendants' Motion to Dismiss Count II alleging RICO Conspiracy in violation of 18 U.S.C. § 1962(d) is hereby GRANTED. Count II is dismissed with prejudice.

Defendants' Motion to Dismiss Count III alleging Fraud is hereby DENIED.

Defendants' Motion to Dismiss Count IV alleging Aiding and Abetting Fraud is hereby GRANTED. Count IV is dismissed with prejudice.

Defendants' Motion to Dismiss Count V alleging Civil Conspiracy to Commit Fraud is hereby GRANTED. Count V is dismissed with prejudice.

1

2

Defendants' Motion to Dismiss Count VI alleging Tortious Interference with Contractual Relations is hereby GRANTED. Count VI is dismissed with prejudice.

Defendants' Motion to Dismiss Count VII, seeking a Declaratory Judgment under 28 U.S.C. § 2201, is hereby GRANTED. Count VII is dismissed with prejudice.

It is further ORDERED that Defendants shall file an answer to Plaintiff's Second Amended Civil Action Complaint on or before **Friday, December 19, 2014**.

DONE and ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 9th day of December, 2014.

_____
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE