UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-80385-Civ-Brannon

SUN LIFE ASSURANCE COMPANY
OF CANADA,

      Plaintiff(s),

vs.

IMPERIAL HOLDINGS INC., et al.,

      Defendant(s).
_____/



## ORDER MEMORIALIZING RULINGS AT HEARING

THIS CAUSE is before the Court following a hearing held on February 4, 2015 on Imperial's Motion for Summary Judgment (DE 201), Sun Life's Motion for Partial Summary Judgment (DE 205), and Imperial's Motion for Clarification and/or Reconsideration (DE 269). After hearing argument from both sides, the Court ruled from the bench. To memorialize the rulings at the hearing, and for the reasons stated in open Court, the Court ORDERS as follows:

Imperial's Motion for Summary Judgment (DE 201) on Sun Life's two remaining counts[1] is hereby GRANTED.

Sun Life's Motion for Partial Summary Judgment (DE 205) is hereby DENIED AS MOOT.

Imperial's Motion for Clarification and/or Reconsideration (DE 269) is hereby GRANTED. The Court VACATES its prior ruling made at the hearing on January 28, 2015 regarding Sun Life's Motion to Dismiss Imperial's Complaint (DE 11 in case no. 13-cv-80730).[2]

---

[1] The two remaining counts are: Count I alleging RICO violations under 18 U.S.C. §§ 1962(a) and (c), and Count III alleging Fraud.

[2] See Order Memorializing Rulings at Hearing (DE 268).

1

Sun Life's Motion to Dismiss Imperial's Complaint (DE 11 in case no. 13-cv-80730) is hereby DENIED.

It is further ORDERED that a pretrial conference will be held on Wednesday, February 11, 2015 at 4:00 p.m.

It is further ORDERED that Sun Life shall file an answer to Imperial's Complaint no later than 5:00 p.m. on Tuesday, February 17, 2015.

It is further ORDERED that pretrial deadlines are stayed until further notice from the Court.

DONE and ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 4th day of February, 2015.

_____
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE