UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-80385-Civ-Brannon
(consolidated with Case No. 13-cv-80730)

SUN LIFE ASSURANCE COMPANY
OF CANADA,

      Plaintiff(s),

vs.

IMPERIAL HOLDINGS INC., et al.,

      Defendant(s).
_____/

## ORDER STAYING CASE

THIS CAUSE comes before the Court following receipt of the parties' written briefs regarding the jurisdictional issue discussed at the status conference held on February 26, 2015. After considering Sun Life's memorandum (DE 313) and Imperial's response (DE 316), the Court finds that the filing of Sun Life's notice of appeal (DE 307) divests this Court of its jurisdiction over those portions of Imperial's Complaint (in case no. 13-cv-80730) pertaining to Florida's litigation privilege.

In the interest of judicial efficiency and to save costs for both sides, Sun Life's renewed motion to stay the litigation in its entirety pending a decision from the Eleventh Circuit (DE 313) is hereby **GRANTED**.

Based on the foregoing, it is **ORDERED** that this case is **STAYED** pending the resolution of the appeal. The Clerk shall **administratively CLOSE** this matter.

DONE and ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 16th day of March, 2015.

_____
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE