UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-80385-Civ-Brannon
(consolidated with Case No. 13-cv-80730)

SUN LIFE ASSURANCE COMPANY
OF CANADA,

       Plaintiff(s),

vs.

IMPERIAL HOLDINGS INC., et al.,

       Defendant(s).
_____/

### ORDER GRANTING JOINT MOTION TO RESET DATES REGARDING DISPOSITIVE MOTIONS AND EXPERT DISCOVERY (DE 367)

THIS CAUSE is before the Court upon the parties' Joint Motion to Reset Dates Regarding Dispositive Motions and Expert Discovery (DE 367). The Court being fully advised, it is ORDERED AND ADJUDGED as follows:

1. The Motion (DE 367) is **GRANTED**.

2. The hearing before this Court on dispositive motions presently set for April 7, 2016 is hereby cancelled and reset for **April 21, 2016** at **1:30 p.m.** Parties shall file responsive briefs by March 22, 2016 and reply briefs by April 1, 2016. Imperial shall serve its Third Damages Expert Report by March 18, 2016, and Sun Life shall serve any rebuttal report by April 18, 2016.

DONE and ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 11th day of March, 2016.

DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE