UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-80385-Civ-Brannon
(consolidated with Case No. 13-cv-80730)

SUN LIFE ASSURANCE COMPANY
OF CANADA,

       Plaintiff(s),

vs.

IMPERIAL HOLDINGS INC., et al.,

       Defendant(s).
_____/

## ORDER MEMORIALIZING RULINGS AT HEARING

THIS CAUSE is before the Court following a hearing held on June 1, 2016, on Sun Life's Motion for Judgment on the Pleadings (DE 356), Sun Life's Motion for Summary Judgment (DE 357), and Imperial's Motion for Partial Summary Judgment on Count II of its Complaint and Sun Life's Affirmative Defenses (DE 358). After hearing argument from both sides, the Court ruled from the bench on some matters and reserved ruling on others. To memorialize the rulings at the hearing, and for the reasons stated in open Court, the Court ORDERS as follows:

Sun Life's Motion for Judgment on the Pleadings (DE 356) is **GRANTED IN PART and DENIED IN PART**. Specifically, the Court grants Sun Life's motion only for Count II of Imperial's Complaint in case no. 13-cv-80730 and finds that Sun Life's filing of a declaratory judgment action does not constitute a breach of contract. *See Pruco Life Ins. Co. v. Brasner*, 2011 WL 134056, *6 (S.D. Fla. Jan. 7, 2011) (finding that a post-contestable declaratory judgment claim filed does not breach the incontestability clause of an insurance policy where the insurer asserts that the policy lacks an insurable interest). However, Count II shall stand insofar as it alleges other breaches separate and apart from the filing of a declaratory judgment action.

1

It is further ORDERED that Sun Life's Motion for Summary Judgment (DE 357) is **DENIED**.

It is further ORDERED that Imperial's Motion for Partial Summary Judgment on Count II of its Complaint and Sun Life's Affirmative Defenses (DE 358) is **GRANTED IN PART and DENIED IN PART**, with ruling reserved on Sun Life's Affirmative Defenses 2, 3, 4, 5, 11, 12, 13, 17, 19, 20, 21, 22, and 24.  Specifically, the Court denies Imperial's Motion for Partial Summary Judgment on Count II of its Complaint, strikes Sun Life's Affirmative Defense 6, allows Sun Life to re-plead Affirmative Defense 23 by June 10, 2014, and treats as denials Affirmative Defenses 1, 7, 8, 9, 10, 14, 15, 16, and 18.

DONE AND ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 6th day of June, 2016.

*[signature: Dave Lee Brannon]*
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE