

# Economists
## INCORPORATED

In affiliation with
The Allen Consulting Group.

Washington DC • San Francisco

2121 K Street, NW
Suite 1100
Washington DC, 20037

(202) 223-4700
Fax: (202) 296-7138
www.ei.com
accounting@ei.com

Raul Cosio
Raul.Cosio@hklaw.com
,

September 8, 2014
Ref: 0595-007
Invoice # 16203

RE:   IMPERIAL

Tax ID  Redacted – Not Responsive

## BILLING SUMMARY AND INVOICE

| | | |
|---|---|---|
| Previous Balance Due as of 08/06/14 | $ | 4,337.50 |
| Payments | | (0.00) |
| **BALANCE PAST DUE** | | **4,337.50** |
| Consulting Services for Month Ending 08/31/14 | $ | 9,012.50 |
| Expenses | | 0.00 |
| **CURRENT CHARGES*** | | **9,012.50** |
| **TOTAL AMOUNT DUE** | $ | **13,350.00** |

*Terms
  Payment due & payable 30 days from statement date. 1% discount for payment of current charges
  within 15 days. Balances outstanding after 60 days will bear a finance charge of 1% per month.

*Wire Transfer Instructions
  PNC Bank, Pittsburgh, PA. 15222, ABA Routing Number 031000053
  **(International Clients:**add swiftcode: PNCCUS33) Credit Economists Inc. Account Redacted – Not Responsive

*ACH Instructions
  PNC Bank, Pittsburgh, PA.15222, ABA Routing Number 054000030
  Credit Economists Inc. Account Redacted – Not Responsive

### REMITTANCE COPY

CONFIDENTIAL



# Economists
## INCORPORATED
Washington DC • San Francisco

2121 K Street, NW
Suite 1100
Washington DC 20037

*In affiliation with*
*The Allen Consulting Group.*

(202) 223-4700
Fax: (202) 296-7138
www.ei.com
accounting@ei.com

Raul Cosio
Raul.Cosio@hklaw.com

January 9, 2015
Ref: 0595-007
Invoice # 16660

RE:   IMPERIAL

Tax ID Redacted – Not Responsive

## BILLING SUMMARY AND INVOICE

| | | |
|---|---|---:|
| Previous Balance Due as of 12/05/14 | $ | 89,337.96 |
| Payments | | (16,352.67) |
| Finance Charge | | 414.36 |
| **BALANCE PAST DUE** | | **73,399.65** |
| Consulting Services for Month Ending 12/31/14 | $ | 11,537.50 |
| Expenses | | 0.00 |
| **CURRENT CHARGES\*** | | **11,537.50** |
| **TOTAL AMOUNT DUE** | $ | **84,937.15** |

\*Terms
   Payment due & payable 30 days from statement date. 1% discount for payment of current charges
   within 15 days. Balances outstanding after 60 days will bear a finance charge of 1% per month.

\*Wire Transfer Instructions
   PNC Bank, Pittsburgh, PA. 15222, ABA Routing Number 031000053
   **(International Clients:** add swiftcode: PNCCUS33) Credit Economists Inc. Account Redacted – Not Responsive

\*ACH Instructions
   PNC Bank, Pittsburgh, PA.15222, ABA Routing Number 054000030
   Credit Economists Inc. Account Redacted – Not Responsive

## REMITTANCE COPY

CONFIDENTIAL



# Economists
## INCORPORATED
Washington DC • San Francisco

2121 K Street, NW
Suite 1100
Washington DC 20037

In affiliation with
The Allen Consulting Group.

(202) 223-4700
Fax: (202) 296-7138
www.ei.com
accounting@ei.com

Raul Cosio
Raul.Cosio@hklaw.com
,

February 11, 2015
Ref: 0595-007
Invoice # 16751

RE:   IMPERIAL

Tax ID [Redacted – Not Responsive]

## BILLING SUMMARY AND INVOICE

| | | |
|---|---|---:|
| Previous Balance Due as of 01/09/15 | $ | 84,937.15 |
| Payments | | (0.00) |
| Finance Charge | | 1,350.95 |
| **BALANCE PAST DUE** | | **86,288.10** |
| Consulting Services for Month Ending 01/31/15 | $ | 3,315.00 |
| Expenses | | 9.50 |
| **CURRENT CHARGES*** | | **3,324.50** |
| **TOTAL AMOUNT DUE** | $ | **89,612.60** |

*Terms
Payment due & payable 30 days from statement date. 1% discount for payment of current charges
within 15 days. Balances outstanding after 60 days will bear a finance charge of 1% per month.

*Wire Transfer Instructions
PNC Bank, Pittsburgh, PA. 15222, ABA Routing Number 031000053
**(International Clients**:add swiftcode: PNCCUS33) Credit Economists Inc. Account [Redacted – Not Responsive]

*ACH Instructions
PNC Bank, Pittsburgh, PA.15222, ABA Routing Number 054000030
Credit Economists Inc. Account [Redacted – Not Responsive]

## REMITTANCE COPY

CONFIDENTIAL

IMPRL-supp022738



# Economists
## INCORPORATED
Washington DC • San Francisco Bay Area

2121 K Street, NW
Suite 1100
Washington DC 20037

(202) 223-4700
Fax: (202) 296-7138
www.ei.com
accounting@ei.com

*In affiliation with*
The Allen Consulting Group.

Raul Cosio
Raul.Cosio@hklaw.com

August 6, 2014
Ref: 0595-007
Invoice # 16083

RE:    IMPERIAL

Tax ID  Redacted – Not Responsive

## BILLING SUMMARY AND INVOICE

| | | |
|---|---|---|
| **BALANCE PAST DUE** | | **0.00** |
| Consulting Services for Month Ending 07/31/14 | $ | 4,337.50 |
| Expenses | | 0.00 |
| **CURRENT CHARGES\*** | | **4,337.50** |
| **TOTAL AMOUNT DUE** | $ | **4,337.50** |

\*Terms
   Payment due & payable 30 days from statement date. 1% discount for payment of current charges
   within 15 days. Balances outstanding after 60 days will bear a finance charge of 1% per month.

\*Wire Transfer Instructions
   PNC Bank, Pittsburgh, PA. 15222, ABA Routing Number 031000053
   **(International Clients:** add swiftcode: PNCCUS33) Credit Economists Inc. Account Redacted – Not Responsive

\*ACH Instructions
   PNC Bank, Pittsburgh, PA.15222, ABA Routing Number Redacted – Not Responsive
   Credit Economists Inc. Account Redacted – Not Responsive

## R E M I T T A N C E   C O P Y

CONFIDENTIAL



# Economists
## INCORPORATED

In affiliation with
The Allen Consulting Group.

Washington DC • San Francisco

2121 K Street, NW
Suite 1100
Washington DC 20037

(202) 223-4700
Fax: (202) 296-7138
www.ei.com
accounting@ei.com

Raul Cosio
Raul.Cosio@hklaw.com
,

December 5, 2014
Ref: 0595-007
Invoice # 16541

RE:   IMPERIAL

Tax ID  Redacted – Not Responsive

## BILLING SUMMARY AND INVOICE

| | | |
|---|---|---|
| Previous Balance Due as of 11/06/14 | $ | 72,812.74 |
| Payments | | (0.00) |
| Finance Charge | | 172.55 |
| **BALANCE PAST DUE** | | **72,985.29** |
| Consulting Services for Month Ending 11/30/14 | $ | 16,350.00 |
| Expenses | | 2.67 |
| **CURRENT CHARGES*** | | **16,352.67** |
| **TOTAL AMOUNT DUE** | $ | **89,337.96** |

*Terms
  Payment due & payable 30 days from statement date. 1% discount for payment of current charges
  within 15 days. Balances outstanding after 60 days will bear a finance charge of 1% per month.

*Wire Transfer Instructions
  PNC Bank, Pittsburgh, PA. 15222, ABA Routing Number 031000053
  **(International Clients**:add swiftcode: PNCCUS33) Credit Economists Inc. Account  Redacted – Not Responsive

*ACH Instructions
  PNC Bank, Pittsburgh, PA.15222, ABA Routing Number 054000030
Credit Economists Inc. Account  Redacted – Not Responsive

REMITTANCE COPY



# Economists
## INCORPORATED

Washington DC • San Francisco Bay Area

2121 K Street, NW
Suite 1100
Washington DC 20037

(202) 223-4700
Fax: (202) 296-7138
www.ei.com
accounting@ei.com

In affiliation with
The Allen Consulting Group.

Raul Cosio
Raul.Cosio@hklaw.com

November 6, 2014
Ref: 0595-007
Invoice # 16408

RE:   IMPERIAL

Tax ID [ Redacted – Not Responsive ]

---

### BILLING SUMMARY AND INVOICE

| | | |
|---|---|---:|
| Previous Balance Due as of 10/09/14 | $ | 43,392.97 |
| Payments | | (0.00) |
| **BALANCE PAST DUE** | | **43,392.97** |
| Consulting Services for Month Ending 10/31/14 | $ | 28,525.00 |
| Expenses | | 894.77 |
| **CURRENT CHARGES*** | | **29,419.77** |
| **TOTAL AMOUNT DUE** | $ | **72,812.74** |

*Terms
  Payment due & payable 30 days from statement date. 1% discount for payment of current charges
  within 15 days. Balances outstanding after 60 days will bear a finance charge of 1% per month.

*Wire Transfer Instructions
  PNC Bank, Pittsburgh, PA. 15222, ABA Routing Number 031000053
  (**International Clients**:add swiftcode: PNCCUS33) Credit Economists Inc. Account [ Redacted – Not Responsive ]

*ACH Instructions
  PNC Bank, Pittsburgh, PA.15222, ABA Routing Number 054000030
  Credit Economists Inc. Account [ Redacted – Not Responsive ]

### REMITTANCE COPY

CONFIDENTIAL



# Economists
## INCORPORATED

Washington DC • San Francisco

2121 K Street, NW
Suite 1100
Washington DC 20037

(202) 223-4700
Fax: (202) 296-7138
www.ei.com
accounting@ei.com

*In affiliation with*
The Allen Consulting Group.

Raul Cosio
Raul.Cosio@hklaw.com
,

October 9, 2014
Ref: 0595-007
Invoice # 16331

RE:    IMPERIAL

Tax ID   Redacted – Not Responsive

---

## BILLING SUMMARY AND INVOICE

| | | |
|---|---|---|
| Previous Balance Due as of 09/08/14 | $ | 13,350.00 |
| Payments | | (0.00) |
| **BALANCE PAST DUE** | | **13,350.00** |
| Consulting Services for Month Ending 09/30/14 | $ | 29,937.50 |
| Expenses | | 105.47 |
| **CURRENT CHARGES*** | | **30,042.97** |
| **TOTAL AMOUNT DUE** | $ | **43,392.97** |

*Terms
  Payment due & payable 30 days from statement date. 1% discount for payment of current charges
  within 15 days. Balances outstanding after 60 days will bear a finance charge of 1% per month.

*Wire Transfer Instructions
  PNC Bank, Pittsburgh, PA. 15222, ABA Routing Number 031000053
  (**International Clients**:add swiftcode: PNCCUS33) Credit Economists Inc. Account Redacted – Not Responsive

*ACH Instructions
  PNC Bank, Pittsburgh, PA.15222, ABA Routing Number 054000030
  Credit Economists Inc. Account Redacted – Not Responsive

REMITTANCE COPY

CONFIDENTIAL

U#8978



Approved
CJP

August 19, 2013

Jesus E. Cuza, Esq.
Holland & Knight LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131

25, oct
Retain

Re: *Sun Life Assurance Company of Canada v Imperial Holdings, Inc. et al.*

Dear Jesus:

This letter will confirm the retention of FTI Consulting, Inc. ("FTI") by Holland & Knight LLP ("Counsel"), in connection with its representation of Imperial Holdings, Inc. et al. ("Client") in the above referenced matter (the "Engagement"). FTI will work under the direction of Counsel in this matter.

FTI has evaluated the nature of the proposed engagement and the substantive issues presented in accordance with its routine client engagement practices. Based on FTI's evaluation, FTI has determined that it may proceed with this Engagement.

UNDERSTANDING OF OUR ROLE

FTI's work, to be performed under the direction of Counsel, is to assist Counsel and Client with consultation and analysis in the above referenced matter and to perform such other tasks as may be identified during the course of this Engagement with the understanding that someone from FTI may be called upon by Counsel to provide expert testimony in the future. Counsel and FTI will discuss and mutually agree on which FTI professional would serve as the expert.

All professional conclusions will be those of the FTI professionals working on this matter. Counsel and the Client will make available to FTI the documents necessary for FTI to complete the analysis. Should FTI determine that additional documents are necessary, FTI will make all requests for such records through Counsel.

ENGAGEMENT STAFFING AND FINANCIAL ARRANGEMENTS

I, Wendy R. Shapss, will participate as Senior Managing Director, maintaining overall administrative responsibility for the Engagement, including billing and client relations. I will be actively involved in the performance of the Engagement and will use such other staff

CONFIDENTIAL

IMPRL-supp022755

for assistance as deemed necessary. FTI's work will be billed at established hourly rates applied to productive hours engaged in providing service and out-of-pocket expenses. Hourly rates are based upon the experience and skills of the personnel involved.

The current established hourly rates by professional level are the following ranges:

| | |
|---|---|
| Senior Managing Director | $595-$780 |
| Managing Director | $530-$605 |
| Senior Director | $500-$550 |
| Director | $420-$520 |
| Senior Consultant | $320-$410 |
| Consultant | $250-$310 |
| Project Assistant | $160-$250 |

FTI's rates are subject to adjustment from time to time and at least annually effective September 1. FTI will advise Client and Counsel immediately if a rate adjustment is being made. Further, if any work needs to be performed by FTI personnel in our international offices, such work will be billed at the standard rates set forth for the specific international office.

FTI understands that Client will be solely responsible for payment of its fees and expenses. As such, FTI will submit invoices for its fees and expenses incurred in connection with this Engagement directly to the Client, with a copy sent to Counsel. The parties acknowledge and agree that the attorney-client privilege between Counsel and FTI shall remain notwithstanding the fact that Client is billed directly for services provided under this Engagement. The name and address of the Client designee to receive and approve FTI's invoice is indicated on the signature page of this letter.

FTI will bill for reimbursement of reasonable and customary out-of-pocket expenses that are directly incurred on the Engagement, such as messenger, travel, meals, accommodations, and other expenses specifically related to the Engagement.

Further, if as a result of any action filed by or against Client, or any government investigation involving Client, FTI and/or any of its employees are required to testify or provide evidence at or in connection with any judicial or administrative proceeding relating to this Engagement, Client will compensate FTI at its regular hourly rates and reimbursed for reasonable direct and allocated expenses (including counsel fees) with respect thereto.

All payments will be due upon receipt of the invoice. For your information and use, FTI's Taxpayer Identification Number is 52-1261113. In the event Client disputes any of the fees or expenses on a specific invoice, the Client shall notify FTI within twenty (20) days of



receipt of the invoice of such a dispute. If Client fails to notify FTI within the twenty (20) day period, the Client shall have waived its right to dispute such invoice.

Without limiting FTI's other rights and remedies, in the event any payment is not paid by Client within thirty (30) days of the date of invoice, then interest shall accrue, from the thirty-first (31st) day until payment in full is received, at the rate of one and one half (1 ½ %) percent per month. Nothing herein shall be construed as extending the due date of payments to be made by Client under this Agreement. In addition to any other remedies set forth above, and any other remedies available at law, FTI reserves the right to halt further services until payment is received on past-due invoices. It is FTI's normal practice to be paid in full for all work performed to date prior to issuance of a report, deposition testimony and/or trial testimony. Client agrees to pay all court costs, reasonable attorney fees (whether or not contingent on collection from Client) and other reasonable expenses which may be associated with the collection of unpaid invoices.

FTI's fees and expenses are not contingent upon the final results, nor does it guarantee any result or resolution in connection with this Engagement. FTI will meet with Counsel regularly to discuss the ongoing work and associated fees and FTI will rely on Counsel to communicate these items to the Client.

FTI's normal practice is to obtain a retainer, and FTI is herewith requesting a retainer in the amount of $25,000. The retainer will be held against the final invoice for the engagement; any unused retainer will, of course, be refunded. FTI is prepared to begin work promptly upon receipt of the retainer.

OTHER MATTERS

FTI understands that its work product and files may become subject to discovery; however, until such materials are sought by subpoena or other process, they will be maintained by FTI as confidential. It is agreed that those materials and all other working papers and other documents prepared by FTI pursuant to this Engagement will be maintained as confidential materials and will not be disclosed to third parties without Counsel's consent, except as may be required by law, regulation, or judicial or administrative process. Unless prohibited by law, FTI agrees to notify Counsel promptly of any of the following events: (a) a request by anyone to examine, inspect, or copy such documents or records; or (b) any attempt to serve, or the actual service of, any court order, subpoena, or summons upon FTI that requires the production of such documents or records. It is further understood that if FTI is not requested by Counsel to provide expert testimony in connection with this Engagement, all opinions and work product of FTI shared with Counsel or the Client shall be maintained as confidential and shall not be shared with any other person or entity.



Client and Counsel agree that FTI shall not be liable under this agreement to the Client, Counsel, or their respective successors, assigns or affiliates for damages in excess of the total amount of the fees paid to FTI under this agreement. In no event shall FTI be liable for punitive or consequential damages of any kind. The terms of this paragraph shall survive the termination of this agreement and shall apply to any controlling person, director, officer, employee or affiliate of FTI.

The Client agrees to promptly notify FTI if it extends (or solicits the possible interest in receiving) an offer of employment to a principal or employee of FTI involved in this Engagement and agrees that it will pay FTI a cash fee, upon hiring, equal to 100% of the aggregate current annualized compensation (both cash and non cash consideration), including any guaranteed or target bonus, to be paid to FTI's former principal or employee that the Client or any of its subsidiaries or affiliates hires at any time up to one year subsequent to the date of the final invoice rendered by FTI with respect to this Engagement.

The Engagement shall be governed by and interpreted in accordance with the laws of the State of New York, without giving effect to the choice of law provisions thereof.

The United States District Court for the Southern District of New York and the appropriate Courts of the State of New York sitting in the Borough of Manhattan, New York City, shall have exclusive jurisdiction in relation to any claim, dispute or difference concerning the Engagement and any matter arising from it. The parties submit to the jurisdiction of such Courts and irrevocably waive any right they may have to object to any action being brought in these Courts, to claim that the action has been brought in an inconvenient forum or to claim that those Courts do not have jurisdiction. In the event that differences concerning the services or other matters arising hereunder should arise that are not resolved by mutual agreement, to facilitate judicial resolution and save time and expense, Counsel, the Client and FTI irrevocably and unconditionally agree to waive a trial by jury in any action, proceeding or counterclaim arising out of or relating to the Engagement.

Counsel and the Client acknowledge their respective agreement with the terms stated herein as evidenced by their signatures below. Please return to FTI the signed copy of this letter. FTI will not be able to begin work until it has received an engagement letter properly executed by Counsel and the Client. If this letter is not executed by Counsel and Client and returned to FTI within ten days of the date of this letter, the offer to provide services is revoked and this letter of engagement shall be deemed null and void.



We look forward to working with you on this important matter.

Very truly yours,
FTI CONSULTING, INC.

*Wendy R. Shapss*

By:
_____

Wendy R. Shapss
Senior Managing Director


Accepted by:  Holland & Knight LLP

By: _____
Title: *Partner*
Date: *9/4/13*
E-Mail: *Jason.Corr@HKlaw.com*


Accepted by:  Imperial Holdings, Inc.

By: *Christopher O'Reilly*
Title: *Associate General Counsel*
Date: *9/4/13*


FTI CONSULTING

CONFIDENTIAL

Name and Address of Imperial Holdings, Inc. person designated to receive and approve
invoices related to this Engagement:

Name: Imperial Accounts Payable
Address: 701 Park of Commerce Blvd, Suite 301
Boca Raton, FL 33487
Phone: 561 - 995 - 4200
Fax:
E-Mail: accountspayable@imperial.com

FTI CONSULTING

CONFIDENTIAL

*8185*


F T I
CONSULTING

Company _____ Premuim                    **Invoice Remittance**
Invoice Date _9/16_   Acct # _7620-0000_
Amount To Be Paid $ _17731.63_            September 16, 2013
Jesus Cuza                Approval 1st _____ Date _9/14/13_   FTI Invoice No. 7329007
Holland & Knight                                            FTI Job No. 009128.0186
701 Brickell Avenue, Suite 3000   Approval 2nd _____ Date _____   Terms NET 30
Miami, FL 33131            Posted To A/P _____ Q 9.17.13   FEDERAL I.D. NO. 52-1261113

jesus.cuza@hklaw.com

Re: Sun Life Assurance v. Imperial Holdings, et al

Current Invoice Period: Charges Posted through August 31, 2013

Professional Services..................................................................   $16,500.00
Expenses......................................................................................   $1,231.63

**Total Amount Due**..................................................................   **$17,731.63**

*Please Remit Payment To: FTI Consulting, Inc.*
*P.O. Box 418005*
*Boston, MA 02241-8005*

*Wire Payment To: Bank of America, NA*        *ACH Payments To: Bank of America, NA*
*Rockville, MD 20852*                          *Rockville, MD 20852*
*Account #:* Redacted – Not Responsive         *Account #:* Redacted – Not Responsive
*ABA #: 026009593*                             *ABA #: 052001633*

CONFIDENTIAL                                              IMPRL-supp022761



*Invoice Remittance*

Jesus Cuza
Holland & Knight
701 Brickell Avenue, Suite 3000
Miami, FL 33131

jesus.cuza@hklaw.com

October 14, 2013
FTI Invoice No. 7331044
FTI Job No. 009128.0186
Terms NET 30
FEDERAL I.D. NO. 52-1261113

Re: Sun Life Assurance v. Imperial Holdings, et al

Current Invoice Period: Charges Posted through September 30, 2013

Professional Services.................................................................................. $77,295.00
Expenses........................................................................................................ $0.00

**Total Amount Due**................................................................................. $77,295.00

*Please Remit Payment To: FTI Consulting, Inc.*
*P.O. Box 418005*
*Boston, MA 02241-8005*

*Wire Payment To: Bank of America, NA*
*Rockville, MD 20852*
*Account #:* Redacted – Not Responsive
*ABA #: 026009593*

*ACH Payments To: Bank of America, NA*
*Rockville, MD 20852*
*Account #:* Redacted – Not Responsive
*ABA #: 052001633*

*FTI Consulting, Inc.*        *P.O. Box 418005*        *Boston, MA 02241-8005*



**FTI** CONSULTING™

*Invoice Remittance*

Jesus Cuza
Holland & Knight
701 Brickell Avenue, Suite 3000
Miami, FL 33131

jesus.cuza@hklaw.com

November 13, 2013
FTI Invoice No. 7333678
FTI Job No. 009128.0186
Terms NET 30
FEDERAL I.D. NO. 52-1261113

Re: Sun Life Assurance v. Imperial Holdings, et al

Current Invoice Period: Charges Posted through October 31, 2013

| | |
|---|---:|
| Professional Services................................................................................. | $43,478.50 |
| Expenses..................................................................................................... | $0.00 |
| Total Amount Due this Period.................................................................... | $43,478.50 |
| Previous Balance Due................................................................................. | $77,295.00 |
| **Total Amount Due**.................................................................................. | $120,773.50 |

**Please Remit Payment To: FTI Consulting, Inc.**
**P.O. Box 418005**
**Boston, MA 02241-8005**

**Wire Payment To: Bank of America, NA**
**Rockville, MD 20852**
**Account #** Redacted – Not Responsive
**ABA #: 026009593**

**ACH Payments To: Bank of America, NA**
**Rockville, MD 20852**
**Account #:** Redacted – Not Responsive
**ABA #: 052001633**

Company *Premium*                    9135
Date 11/13/13  Acct # 7660
To Be Paid $ 43478.50
val 1st _____ Date _____
val 2nd _____ Date _____
ted To A/P (Initia    CO    Date 4/3

*FTI Consulting, Inc.*          *P.O. Box 418005*          *Boston, MA 02241-8005*


# FTI CONSULTING

*Invoice Remittance*

Jesus Cuza
Holland & Knight
701 Brickell Avenue, Suite 3000
Miami, FL 33131

jesus.cuza@hklaw.com

January 20, 2014
FTI Invoice No. 7338711
FTI Job No. 009128.0186
Terms NET 30
FEDERAL I.D. NO. 52-1261113

Re: Sun Life Assurance v. Imperial Holdings, et al

Current Invoice Period: Charges Posted through December 31, 2013

Professional Services....................................................................................$4,648.50
Expenses........................................................................................................$0.00

Total Amount Due this Period.......................................................................$4,648.50

Previous Balance Due...................................................................................$120,773.50

**Total Amount Due**....................................................................................$125,422.00

*Please Remit Payment To: FTI Consulting, Inc.*
*P.O. Box 418005*
*Boston, MA 02241-8005*

*Wire Payment To: Bank of America, NA*
*Rockville, MD 20852*
*Account #:* Redacted – Not Responsive
*ABA #: 026009593*

*ACH Payments To: Bank of America, NA*
*Rockville, MD 20852*
*Account #:* Redacted – Not Responsive
*ABA #: 052001633*

Company _Premium_    _9128_
Invoice Date _1/20_    Acct # _7400_
To Be Paid    _4648.50_
1st    RECEIVED
2nd    Date _1/23_

*FTI Consulting, Inc.*          *P.O. Box 418005*          *Boston, MA 02241-8005*

# INVOICE FOR INITIAL RETAINER

MAGNUS RESEARCH CONSULTANTS, INC.® Invoice #R15094
1305 N.E. 23rd Avenue
Suite 1
Pompano Beach, FL 33062
954/784-0110, fax 954/784-0211

| | |
|---|---|
| Jesus Cuza, Esq. | George E. Schulz, Jr., Esq. |
| Holland & Knight, L.L.P. | Holland & Knight, L.L.P. |
| 701 Brickell Ave. | 50 N. Laura St. |
| Suite 3000 | Suite 3900 |
| Miami, FL 33131 | Jacksonville, FL 32202 |

Invoice Date
1/21/2014

RE: Sun Life Assurance Company of Canada (U.S.) v. Imperial Holdings, Inc., et al.
Project # 01661

| Date | Service or Expense | Amount |
|---|---|---|
| 1/21/2014 | Invoice for Initial Retainer | $35,000.00 |
| | Sent with Retainer Agreement dated October 21, 2013 | |

*Please note: this invoice is <u>due immediately</u> and is required to begin Magnus' engagement.*

Company _____
Date _____ Acct # _____
To Be Paid $ _____
1st _____ Date _____
2nd _____ Date _____
To A/P (Initial) _____ Date _____

MAGNUS'
Tax ID #65-0434245

**Amount Due** $35,000.00

**WE LOOK FORWARD TO WORKING WITH YOU!**

IMPRL-supp022765

# INVOICE FOR SERVICES RENDERED

Invoice #2136

MAGNUS RESEARCH CONSULTANTS, INC.®
1305 N.E. 23rd Avenue
Suite 1
Pompano Beach, FL 33062
954/784-0110, fax 954/784-0211

George E. Schulz, Jr., Esq.
Holland & Knight, L.L.P.
50 N. Laura St.
Suite 3900
Jacksonville, FL 32202

RE: Sun Life Assurance Company of Canada (U.S.) v. Imperial Holdings, Inc.
Project # 01661

Invoice Date
3/27/2014

| Date | Service or Expense | Amount |
|------|--------------------|--------|
| 3/20/2014 | Case Analysis Survey Research | $60,000.00 |

Expenses

Meeting Facility, including A/V Equipment, Refreshments, etc.      $6,311.15

**Please note: the balance is due upon receipt of this invoice;**
invoices not paid in full within 21 days of consultation are subject
to interest at an annual rate of 18%, computed and charge via monthly
billing statements until paid in full.

| MAGNUS' | Subtotal | $66,311.15 |
|---------|----------|------------|
| Tax ID #65-0434245 | Less Retainer | $35,000.00 |
| | **Balance Due** | $31,311.15 |

**THANK YOU FOR THE OPPORTUNITY TO WORK WITH YOU!**



*Invoice Remittance*

Jesus Cuza
Holland & Knight
701 Brickell Avenue, Suite 3000
Miami, FL 33131
jesus.cuza@hklaw.com
accountspayable@imperial.com

July 9, 2014
FTI Invoice No. 7352835
FTI Job No. 009128.0186
Terms NET 30
FEDERAL I.D. NO. 52-1261113

Re: Sun Life Assurance v. Imperial Holdings, et al

Current Invoice Period: Charges Posted through June 30, 2014

Professional Services.................................................................. $2,900.00
Expenses.................................................................................... $0.00

**Total Amount Due**................................................................ **$2,900.00**

*Please Remit Payment To: FTI Consulting, Inc.*
*P.O. Box 418005*
*Boston, MA 02241-8005*

*Wire Payment To: Bank of America, NA*
*Rockville, MD 20852*
*Account #:* Redacted – Not Responsive
*ABA #: 026009593*

*ACH Payments To: Bank of America, NA*
*Rockville, MD 20852*
*Account #:* Redacted – Not Responsive
*ABA #: 052001633*

*FTI Consulting, Inc.*          *P.O. Box 418005*          *Boston, MA 02241-8005*



# Invoice Remittance

Jesus Cuza
Holland & Knight
701 Brickell Avenue, Suite 3000
Miami, FL 33131
jesus.cuza@hklaw.com
accountspayable@imperial.com

August 14, 2014
FTI Invoice No. 7355568
FTI Job No. 009128.0186
Terms NET 30
FEDERAL I.D. NO. 52-1261113

Re: Sun Life Assurance v. Imperial Holdings, et al

Current Invoice Period: Charges Posted through July 31, 2014

Professional Services....................................................................... $36,129.50
Expenses............................................................................................ $0.00

Total Amount Due this Period....................................................... $36,129.50

Previous Balance Due...................................................................... $2,900.00

**Total Amount Due**........................................................................ **$39,029.50**

**Please Remit Payment To: FTI Consulting, Inc.**
**P.O. Box 418005**
**Boston, MA 02241-8005**

**Wire Payment To: Bank of America, NA**
**Rockville, MD 20852**
**Account #:** Redacted – Not Responsive
**ABA #: 026009593**

**ACH Payments To: Bank of America, NA**
**Rockville, MD 20852**
**Account #:** Redacted – Not Responsive
**ABA #: 052001633**

*FTI Consulting, Inc.*          *P.O. Box 418005*          *Boston, MA 02241-8005*

CONFIDENTIAL                                        IMPRL-supp022768



*Invoice Remittance*

Jesus Cuza
Holland & Knight
701 Brickell Avenue, Suite 3000
Miami, FL 33131
jesus.cuza@hklaw.com
accountspayable@imperial.com

October 10, 2014
FTI Invoice No. 7360482
FTI Job No. 009128.0186
Terms NET 30
FEDERAL I.D. NO. 52-1261113

Re: Sun Life Assurance v. Imperial Holdings, et al

Current Invoice Period:  Charges Posted through September 30, 2014

Professional Services.................................................................... $3,571.50
Expenses........................................................................................ $0.00

**Total Amount Due**.................................................................... **$3,571.50**

*Please Remit Payment To: FTI Consulting, Inc.*
*P.O. Box 418005*
*Boston, MA 02241-8005*

*Wire Payment To: Bank of America, NA*          *ACH Payments To:  Bank of America, NA*
*Rockville, MD 20852*                                            *Rockville, MD 20852*
*Account #:* Redacted – Not Responsive              *Account #:* Redacted – Not Responsive
*ABA #: 026009593*                                              *ABA #: 052001633*

*FTI Consulting, Inc.*                    *P.O. Box 418005*                    *Boston, MA 02241-8005*

CONFIDENTIAL                                                                                    IMPRL-supp022769

**Bill Hager**

Insurance Metrics Corporation
301 Yamato Rd, Suite 1240
Boca Raton, FL 33431

# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2014 | 52061 |

**Bill To**

Mr Phil Rothschild, Esq
Holland & Knight
515 E. Las Olas Boulevard
Suite 1200
Ft. Lauderdale, FL 33301

| | Case Number | Case Name |
|---|---|---|
| | 13-700 | In re Imperial |

| Date | Description of Service | Hours/Amount |
|---|---|---|
| 12/3/2014 | | 3 |
| 12/6/2014 | | 4.25 |
| 12/7/2014 | | 3.75 |
| 12/8/2014 | | 2.25 |
| 12/8/2014 | **Redacted – Not Responsive** | 1.75 |
| 12/8/2014 | | 6.5 |
| 12/9/2014 | | 4.5 |
| 12/9/2014 | | 8.5 |

| | |
|---|---|
| Rate $495/hr; Min aggregate bill, $5,000; Res'd & cancelled dates @ $2,500/day | **Total** |
| Inactive but open files are billed @ $100/month/billed quarterly | **Pmts/Credits** |
| Remit to: Insurance Metrics Corporation EIN [Redacted - Not Responsive] Ph (561) 306-5072 | **Balance Due** |
| www.expertinsurancewitness.com    bhager@expertinsurancewitness.com | |
| Amounts are due 30 days from invoice date; interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum) | |

CONFIDENTIAL                                    IMPRL-supp022727

**Bill Hager**

Insurance Metrics Corporation
301 Yamato Rd, Suite 1240
Boca Raton, FL 33431

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/31/2014 | 52061 |

| **Bill To** |
|-------------|
| Mr Phil Rothschild, Esq<br>Holland & Knight<br>515 E. Las Olas Boulevard<br>Suite 1200<br>Ft. Lauderdale, FL 33301 |

| Case Number | Case Name |
|-------------|-----------|
| 13-700 | In re Imperial |

| Date | Description of Service | Hours/Amount |
|------|------------------------|--------------|
| 12/11/2014 | | 1 |
| 12/12/2014 | | 5.25 |
| 12/12/2014 | **Redacted – Not Responsive** | 6.25 |
| 12/13/2014 | | 7 |
| 12/13/2014 | | 1.5 |
| 12/14/2014 | | 3.75 |

| | |
|---|---|
| Rate $495/hr; Min aggregate bill, $5,000; Res'd & cancelled dates @ $2,500/day | **Total** |
| Inactive but open files are billed @ $100/month/billed quarterly | **Pmts/Credits** |
| Remit to: Insurance Metrics Corporation EIN [Redacted – Not Responsive] Ph (561) 306-5072 | |
| www.expertinsurancewitness.com     bhager@expertinsurancewitness.com | **Balance Due** |
| Amounts are due 30 days from invoice date; interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum) | |

CONFIDENTIAL

IMPRL-supp022728

**Bill Hager**

Insurance Metrics Corporation
301 Yamato Rd, Suite 1240
Boca Raton, FL 33431

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/31/2014 | 52061 |

**Bill To**

Mr Phil Rothschild, Esq
Holland & Knight
515 E. Las Olas Boulevard
Suite 1200
Ft. Lauderdale, FL 33301

| | Case Number | Case Name |
|---|---|---|
| | 13-700 | In re Imperial |

| Date | Description of Service | Hours/Amount |
|------|------------------------|--------------|
| 12/15/2014 | | 4.5 |
| 12/16/2014 | | 4 |
| 12/26/2014 | Redacted – Not Responsive | 1 |
| 12/9/2014 | | 25 |
| 12/9/2014 | | 16 |
| 12/13/2014 | | 50 |

| | |
|---|---|
| Rate $495/hr; Min aggregate bill, $5,000; Res'd & cancelled dates @ $2,500/day | **Total** |
| Inactive but open files are billed @ $100/month/billed quarterly | **Pmts/Credits** |
| Remit to: Insurance Metrics Corporation EIN ⟨Redacted – Not Responsive⟩ Ph (561) 306-5072 | |
| www.expertinsurancewitness.com    bhager@expertinsurancewitness.com | **Balance Due** |
| Amounts are due 30 days from invoice date; interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum) | |

Page 3

**Bill Hager**

Insurance Metrics Corporation
301 Yamato Rd, Suite 1240
Boca Raton, FL 33431

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/31/2014 | 52061 |

| Bill To |
|---------|
| Mr Phil Rothschild, Esq<br>Holland & Knight<br>515 E. Las Olas Boulevard<br>Suite 1200<br>Ft. Lauderdale, FL 33301 |

| Case Number | Case Name |
|-------------|-----------|
| 13-700 | In re Imperial |

| Date | Description of Service | Hours/Amount |
|------|------------------------|--------------|
| 12/13/2014 | **Redacted – Not Responsive** | 20 |

| | | |
|---|---|---|
| Rate $495/hr; Min aggregate bill, $5,000; Res'd & cancelled dates @ $2,500/day | **Total** | $34,142.25 |
| Inactive but open files are billed @ $100/month/billed quarterly | **Pmts/Credits** | $0.00 |
| Remit to: Insurance Metrics Corporation EIN Redacted – Not Responsive Ph (561) 306-5072 | **Balance Due** | $34,142.25 |
| www.expertinsurancewitness.com    bhager@expertinsurancewitness.com | | |
| Amounts are due 30 days from invoice date; interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum) | | |

CONFIDENTIAL

IMPRL-supp022730

**Bill Hager**

Insurance Metrics Corporation
301 Yamato Rd, Suite 1240
Boca Raton, FL 33431

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/31/2015 | 52079 |

| **Bill To** |
|---|
| Mr Phil Rothschild, Esq<br>Holland & Knight<br>515 E. Las Olas Boulevard<br>Suite 1200<br>Ft. Lauderdale, FL 33301 |

| Case Number | Case Name |
|-------------|-----------|
| 13-700 | In re Imperial |

| Date | Description of Service | Hours/Amount |
|------|------------------------|--------------|
| 1/16/2015 | | 4.25 |
| 1/17/2015 | | 3.75 |
| 1/18/2015 | | 4.25 |
| 1/20/2015 | **Redacted – Not Responsive** | 4.75 |
| 1/20/2015 | | 2,500 |
| 1/29/2015 | | 2,500 |

| | |
|---|---|
| Rate $495/hr; Min aggregate bill, $5,000; Res'd & cancelled dates @ $2,500/day | |
| Inactive but open files are billed @ $100/month/billed quarterly | |
| Remit to: Insurance Metrics Corporation EIN [Redacted – Not Responsive] Ph (561) 306-5072 | |
| www.expertinsurancewitness.com        bhager@expertinsurancewitness.com | |
| Amounts are due 30 days from invoice date; interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum) | |

| | |
|---|---|
| **Total** | $13,415.00 |
| **Pmts/Credits** | $0.00 |
| **Balance Due** | $13,415.00 |

**Bill Hager**

Insurance Metrics Corporation
301 Yamato Rd, Suite 1240
Boca Raton, FL 33431

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2014 | 52995 |

| Bill To |
|---|
| Mr Jesus Cuza, Esq<br>Holland and Knight<br>701 Brickell Ave, Suite 3300<br>Miami, FL 33131 |

| | Case Number | Case Name |
|---|---|---|
| | | |

| Date | Description of Service | Hours/Amount |
|---|---|---|
| 7/7/2014 | | 2.25 |
| 7/9/2014 | | 4.25 |
| 7/10/2014 | Redacted – Not Responsive | 4 |
| 7/11/2014 | | 3.75 |
| 7/12/2014 | | 3.25 |
| 7/13/2014 | | 3.5 |
| 7/24/2014 | | 3.75 |

| | | |
|---|---|---|
| Rate $495/hr; Min aggregate bill, $5,000; Res'd & cancelled dates @ $2,500/day | **Total** | $12,251.25 |
| Inactive but open files are billed @ $100/month/billed quarterly | **Pmts/Credits** | $0.00 |
| Remit to: Insurance Metrics Corporation EIN Redacted – Not Responsive Ph (561) 306-5072 | **Balance Due** | $12,251.25 |
| www.expertinsurancewitness.com        bhager@expertinsurancewitness.com | | |
| Amounts are due 30 days from invoice date; interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum) | | |

CONFIDENTIAL

**Bill Hager**

Insurance Metrics Corporation
301 Yamato Rd, Suite 1240
Boca Raton, FL 33431

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/31/2014 | 52949 |

**Bill To**

Ms Ina Berlingeri, Esq
Holland & Knight
515 E. Las Olas Boulevard
Suite 1200
Ft. Lauderdale, FL 33301

| Case Number | Case Name |
|-------------|-----------|
| 13-700 | In re Imperial |

| Date | Description of Service | Hours/Amount |
|------|------------------------|--------------|
| 3/5/2014 | Redacted – Not Responsive | 2 |
| 3/6/2014 | | 4 |

| | | |
|---|---|---|
| Rate $495/hr; Min aggregate bill, $5,000; Res'd & cancelled dates @ $2,500/day | **Total** | $2,970.00 |
| Inactive but open files are billed @ $100/month/billed quarterly | **Pmts/Credits** | -$2,970.00 |
| Remit to: Insurance Metrics Corporation EIN [Redacted – Not Responsive] Ph (561) 306-5072 | **Balance Due** | $0.00 |
| www.expertinsurancewitness.com       bhager@expertinsurancewitness.com | | |
| Amounts are due 30 days from invoice date; interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum) | | |

**Bill Hager**

Insurance Metrics Corporation
301 Yamato Rd, Suite 1240
Boca Raton, FL 33431

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/31/2015 | 52106 |

| Bill To |
|---------|
| Mr Jesus Cuza, Esq
Holland and Knight
701 Brickell Ave, Suite 3300
Miami, FL 33131 |

| Case Number | Case Name |
|-------------|-----------|
| | In re Imperial |

| Date | Description of Service | Hours/Amount |
|------|------------------------|--------------|
| 3/26/2015 | **Redacted – Not Responsive** | 3 |

| | | | |
|---|---|---|---|
| Rate $495/hr; Min aggregate bill, $5,000; Res'd & cancelled dates @ $2,500/day | | **Total** | $1,485.00 |
| Inactive but open files are billed @ $100/month/billed quarterly | | **Pmts/Credits** | $0.00 |
| Remit to: Insurance Metrics Corporation EIN Redacted – Not Responsive Ph (561) 306-5072 | | **Balance Due** | $1,485.00 |
| www.expertinsurancewitness.com     bhager@expertinsurancewitness.com | | | |
| Amounts are due 30 days from invoice date; interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum) | | | |

**Bill Hager**

Insurance Metrics Corporation
301 Yamato Rd, Suite 1240
Boca Raton, FL 33431

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/30/2014 | 53049 |

**Bill To**

Mr Phil Rothschild, Esq
Holland & Knight
515 E. Las Olas Boulevard
Suite 1200
Ft. Lauderdale, FL 33301

| Case Number | Case Name |
|-------------|-----------|
| 13-700 | In re Imperial |

| Date | Description of Service | Hours/Amount |
|------|------------------------|--------------|
| 11/5/2014 | | 1 |
| 11/11/2014 | | 2.5 |
| 11/12/2014 | Redacted – Not Responsive | 4.5 |
| 11/13/2014 | | 4.75 |
| 11/15/2014 | | 0.25 |

| | |
|---|---|
| Rate $495/hr; Min aggregate bill, $5,000; Res'd & cancelled dates @ $2,500/day | **Total** — $6,435.00 |
| Inactive but open files are billed @ $100/month/billed quarterly | |
| Remit to: Insurance Metrics Corporation EIN  Redacted – Not Responsive  Ph (561) 306-5072 | **Pmts/Credits** — $0.00 |
| www.expertinsurancewitness.com        bhager@expertinsurancewitness.com | **Balance Due** — $6,435.00 |
| Amounts are due 30 days from invoice date; interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum) | |

Law Offices                                                              International:
**HOLLAND & KNIGHT LLP**          Atlanta      Lakeland     Portland        Abu Dhabi
                                  Bethesda     Los Angeles  San Francisco   Beijing
P.O. Box 864084                   Boston       Miami        Tallahassee     Mexico City*
Orlando, Fl 32886-4084            Chicago      New York     Tampa
(813) 901-4180                    Ft. Lauderdale No. Virginia Washington, D.C.
EIN 59-0663819                    Jacksonville Orlando      West Palm Beach

                              *Representative Office

Christopher J. O'Reilly, Esq                October 31, 2012
Imperial Finance & Trading LLC              Invoice 2840350
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487                        **TERMS: DUE ON RECEIPT**


                              REMITTANCE COPY
                     (PLEASE RETURN WITH YOUR PAYMENT)


Our Matter #110857.00012
      Sun Life Assurance Company of Canada



Fees for Professional Services          $        70,094.00
Reimbursable Costs                                1,823.34

      INVOICE TOTAL                     $        71,917.34
                                                 -----------
      BALANCE DUE THIS INVOICE          $        71,917.34

      OUTSTANDING INVOICE SUMMARY

         DATE          INVOICE        AMOUNT
        --------       -------       -----------
        09/17/12       2825292        7,252.50


      MATTER BALANCE BROUGHT FORWARD:             7,252.50
                                                 -----------
         TOTAL DUE                      $        79,169.84
                                                 ===========


CONFIDENTIAL                                              IMPRL-supp021724

Law Offices                                              International:
**HOLLAND & KNIGHT LLP**          Atlanta      Lakeland      Portland        Abu Dhabi
                                  Bethesda     Los Angeles   San Francisco   Beijing
P.O. Box 864084                   Boston       Miami         Tallahassee     Mexico City*
Orlando, Fl 32886-4084            Chicago      New York      Tampa
(813) 901-4180                    Ft. Lauderdale No. Virginia Washington, D.C.
EIN 59-0663819                    Jacksonville Orlando       West Palm Beach

                            *Representative Office

Christopher J. O'Reilly, Esq           November 19, 2012
Imperial Finance & Trading LLC         Invoice 2849691
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487                    **TERMS: DUE ON RECEIPT**


                          REMITTANCE COPY
                 (PLEASE RETURN WITH YOUR PAYMENT)


Our Matter #110857.00012
     Sun Life Assurance Company of Canada



Fees for Professional Services         $      154,133.00
Reimbursable Costs                            1,082.72

     INVOICE TOTAL                     $      155,215.72
                                              -----------
     BALANCE DUE THIS INVOICE          $      155,215.72


     OUTSTANDING INVOICE SUMMARY

          DATE        INVOICE        AMOUNT
        --------      -------      -----------
        10/31/12      2840350       71,917.34



     MATTER BALANCE BROUGHT FORWARD:             71,917.34
                                              -----------
          TOTAL DUE                    $      227,133.06
                                              ===========


CONFIDENTIAL                                        IMPRL-supp021725

Law Offices
**HOLLAND & KNIGHT** LLP

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

Christopher J. O'Reilly, Esq
Imperial Finance & Trading LLC
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487

December 28, 2012
Invoice 2864335

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter #110857.00012
    Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| Fees for Professional Services | $ | 185,998.00 |
| Reimbursable Costs | | 3,283.46 |
| INVOICE TOTAL | $ | 189,281.46 |
| | | ----------- |
| BALANCE DUE THIS INVOICE | $ | 189,281.46 |
| | | =========== |

CONFIDENTIAL

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084 | T 813.901.4180 | EIN 59-0663819
Holland & Knight LLP | www.hklaw.com

Christopher J. O'Reilly, Esq
Imperial Finance & Trading LLC
701 Park of Commerce Blvd Suite 301
Boca Raton, FL 33487

March 21, 2013
Invoice: 2891701

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter: 110857.00012
Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 217.50 |
| TOTAL REIMBURSABLE COSTS: | $ | 116.26 |
| **BALANCE DUE THIS INVOICE:** | $ | 333.76 |
| **MATTER BALANCE BROUGHT FORWARD:** | $ | 233,972.36 |
| **TOTAL DUE:** | $ | **234,306.12** |

**WIRE TRANSFER INFORMATION:**
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA 94104-1207
ABA # 121000248
Account # Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to: Holland & Knight, LLP**

**COURIER DELIVERY INFORMATION:**

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084 | T 813.901.4180 | EIN 59-0663819
Holland & Knight LLP | www.hklaw.com

Christopher J. O'Reilly, Esq
Imperial Finance & Trading LLC
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487

May 23, 2013
Invoice: 2915111

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:   110857.00012
Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| **FEES FOR PROFESSIONAL SERVICES:** | $ | 111,776.50 |
| **TOTAL REIMBURSABLE COSTS:** | $ | 6,345.61 |
| **BALANCE DUE THIS INVOICE:** | $ | 118,122.11 |
| **MATTER BALANCE BROUGHT FORWARD:** | $ | 45,024.66 |
| **TOTAL DUE:** | $ | **163,146.77** |

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.
Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA 94104-1207
ABA # 121000248
Account [Redacted – Not Responsive]

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to: Holland & Knight, LLP**

**COURIER DELIVERY INFORMATION:**

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084 | T 813.901.4180 | EIN 59-0663819
Holland & Knight LLP | www.hklaw.com

Christopher J. O'Reilly, Esq
Imperial Finance & Trading LLC
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487

July 19, 2013
Invoice: 2936329

**TERMS: DUE ON RECEIPT**
Less 10% Fee Discount of
$23,664.00 if
paid within 30 days of Invoice Date

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:  110857.00012
             Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ 236,640.00 | |
| TOTAL REIMBURSABLE COSTS: | $ 7,052.48 | |
| **BALANCE DUE THIS INVOICE:** | | $ 243,692.48 |
| **MATTER BALANCE BROUGHT FORWARD:** | | $ 15,617.55 |
| **TOTAL DUE:** | | $ **259,310.03** |

---

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.
Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA 94104-1207
ABA # 121000248
Account  Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to: Holland & Knight, LLP**

**COURIER DELIVERY INFORMATION:**

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

CONFIDENTIAL

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084 | T 813.901.4180 | EIN 59-0663819
Holland & Knight LLP | www.hklaw.com

Christopher J. O'Reilly, Esq
Imperial Finance & Trading LLC
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487

July 31, 2013
Invoice: 2939639

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter: 110857.00012
Sun Life Assurance Company of Canada

| | | | |
|---|---|---:|---:|
| FEES FOR PROFESSIONAL SERVICES: | $ | 619,466.50 | |
| LESS COURTESY FEE DISCOUNT | $ | -92,919.98 | |
| TOTAL FEES FOR PROFESSIONAL SERVICES: | $ | 526,546.52 | |
| TOTAL REIMBURSABLE COSTS: | $ | 8,337.59 | |
| **BALANCE DUE THIS INVOICE:** | | $ | 534,884.11 |
| **MATTER BALANCE BROUGHT FORWARD:** | | $ | 259,310.03 |
| **TOTAL DUE:** | | $ | **794,194.14** |

---

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.
Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA 94104-1207
ABA # 121000248
Account Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to: Holland & Knight, LLP**

**COURIER DELIVERY INFORMATION:**

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

CONFIDENTIAL
IMPRL-supp021730

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084 | T 813.901.4180 | EIN 59-0663819
Holland & Knight LLP | www.hklaw.com

Christopher J. O'Reilly, Esq
Imperial Finance & Trading LLC
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487

September 12, 2013
Invoice: 2956054

**TERMS:  DUE ON RECEIPT**
10% fee discount of $72,921.90 if
if paid within 30 days of Invoice
Date.

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:     110857.00012
                Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 729,219.00 |
| FEES FOR PROFESSIONAL SERVICES: | $ | 729,219.00 |
| LESS COURTESY DISCOUNT | $ | 0.00 |
| TOTAL REIMBURSABLE COSTS: | $ | 18,894.14 |
| **TOTAL DUE:** | $ | **748,113.14** |

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.
Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA  94104-1207
ABA  # 121000248
Account  Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to:  Holland & Knight, LLP**

**COURIER DELIVERY INFORMATION:**

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL  32825-5016

CONFIDENTIAL                                                IMPRL-supp021731

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084 | T 813.901.4180 | EIN 59-0663819
Holland & Knight LLP | www.hklaw.com

Christopher J. O'Reilly, Esq
Imperial Finance & Trading LLC
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487

October 16, 2013
Invoice: 2969998

**TERMS: DUE ON RECEIPT**
10% fee discount of $69,788.65 if
if paid within 30 days of Invoice
date

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:     110857.00012
                Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 697,886.50 |
| FEES FOR PROFESSIONAL SERVICES: | $ | 697,886.50 |
| LESS COURTESY DISCOUNT | $ | 0.00 |
| TOTAL REIMBURSABLE COSTS: | $ | 36,186.81 |
| **TOTAL DUE:** | $ | **734,073.31** |

---

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.
Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA  94104-1207
ABA  # 121000248
Account [Redacted – Not Responsive]

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to:  Holland & Knight, LLP**

**COURIER DELIVERY INFORMATION:**

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL  32825-5016

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084 | T 813.901.4180 | EIN 59-0663819
Holland & Knight LLP | www.hklaw.com

Christopher J. O'Reilly, Esq
Imperial Finance & Trading LLC
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487

November 15, 2013
Invoice: 2981280

**TERMS: DUE ON RECEIPT**
LESS 10% FEE DISCOUNT OF
$71,054.15
IF PAID WITHIN 30 DAYS OF
INVOICE DATE

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:    110857.00012
               Sun Life Assurance Company of Canada

FEES FOR PROFESSIONAL SERVICES:        $      710,541.50

IN ADDITION TO THE 10% FEE DISCOUNT MENTIONED ABOVE
FEES WERE REDUCED FROM 733,908.50 TO 710,541.50.
FOR ANADDITIONAL DISCOUNT OF 23,367.00.

TOTAL REIMBURSABLE COSTS:              $       31,419.36
**TOTAL DUE:**                         $      741,960.86

---

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.
Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA 94104-1207
ABA # 121000248
Account [Redacted – Not Responsive]

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to: Holland & Knight, LLP**

**COURIER DELIVERY INFORMATION:**

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084 | T 813.901.4180 | EIN 59-0663819
Holland & Knight LLP | www.hklaw.com

Christopher J. O'Reilly, Esq
Imperial Finance & Trading LLC
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487

November 25, 2013
Invoice: 2984906

**TERMS: DUE ON RECEIPT**
Less 10% Fee Discount of
$66,220.45
If paid within 30 days of Invoice
Date.

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:    110857.00012
               Sun Life Assurance Company of Canada

FEES FOR PROFESSIONAL SERVICES:          $        662,204.50

IN ADDITION TO THE 10% FEE DISCOUNT MENTIONED
ABOVE FEES WERE REDUCED FROM 683,587.00 TO
662,204.50. FOR AN ADDITIONAL DISCOUNT OF 21,382.50.

TOTAL REIMBURSABLE COSTS:                $         27,898.17

**TOTAL DUE:**                                $   **690,102.67**

**TOTAL DUE IF PAID WITHIN 30 DAYS:**         $   **623,882.22**

---

**WIRE TRANSFER INFORMATION:**
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.
Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA 94104-1207
ABA # 121000248
Account # Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to: Holland & Knight, LLP**

**COURIER DELIVERY INFORMATION:**

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084 | T 813.901.4180 | EIN 59-0663819
Holland & Knight LLP | www.hklaw.com

Christopher J. O'Reilly, Esq
Imperial Finance & Trading LLC
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487

February 24, 2014
Invoice: 3016852

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter: 110857.00012
Sun Life Assurance Company of Canada

| | | |
|---|---|---:|
| FEES FOR PROFESSIONAL SERVICES: | $ | 288,133.50 |
| LESS COURTESY FEE DISCOUNT | $ | -28,813.35 |
| TOTAL FEES FOR PROFESSIONAL SERVICES: | $ | 259,320.15 |
| TOTAL REIMBURSABLE COSTS: | $ | 10,044.27 |
| **TOTAL DUE:** | **$** | **269,364.42** |

---

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA 94104-1207
ABA # 121000248
Account [Redacted – Not Responsive]

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to: Holland & Knight, LLP**

**COURIER DELIVERY INFORMATION:**

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

CONFIDENTIAL

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084 | T 813.901.4180 | EIN 59-0663819
Holland & Knight LLP | www.hklaw.com

Christopher J. O'Reilly, Esq
Imperial Finance & Trading LLC
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487

April 14, 2014
Invoice: 3036126

**TERMS:  DUE ON RECEIPT**
Less 10% Fee Discount of
$42,451.65
If paid within 30 days of Invoice
Date

## REMITTANCE COPY
## (PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:   110857.00012
              Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 424,516.50 |
| TOTAL REIMBURSABLE COSTS: | $ | 1,911.44 |
| **TOTAL DUE:** | **$** | **426,427.94** |

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA  94104-1207
ABA # 121000248
Account   Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to:  Holland & Knight, LLP**

**PLEASE REMIT TO:**

**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight  Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL  32825-5016

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084 | T 813.901.4180 | EIN 59-0663819
Holland & Knight LLP | www.hklaw.com

Christopher J. O'Reilly, Esq
Imperial Finance & Trading LLC
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487

May 13, 2014
Invoice: 3047605

**TERMS: DUE ON RECEIPT**
Less 10% Fee Discount of
$45,122.90 if paid within
30 days of Invoice Date

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:     110857.00012
                Sun Life Assurance Company of Canada

FEES FOR PROFESSIONAL SERVICES:          $      451,229.00

**TOTAL DUE:**                          $      **451,229.00**

---

**WIRE TRANSFER INFORMATION:**
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA 94104-1207
ABA # 121000248
Account Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to: Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084 | T 813.901.4180 | EIN 59-0663819
Holland & Knight LLP | www.hklaw.com

Christopher J. O'Reilly, Esq
Imperial Finance & Trading LLC
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487

March 6, 2014
Invoice: 3020289

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:    110857.00012
               Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 375,105.00 |
| LESS COURTESY FEE DISCOUNT | $ | -37,510.50 |
| TOTAL FEES FOR PROFESSIONAL SERVICES: | $ | 337,594.50 |
| TOTAL REIMBURSABLE COSTS: | $ | 4,423.60 |
| **TOTAL DUE:** | **$** | **342,018.10** |

---

**WIRE TRANSFER INFORMATION:**
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA 94104-1207
ABA # 121000248
Account [Redacted – Not Responsive]

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to: Holland & Knight, LLP**

**COURIER DELIVERY INFORMATION:**

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084 | T 813.901.4180 | EIN 59-0663819
Holland & Knight LLP | www.hklaw.com

Christopher J. O'Reilly, Esq
Imperial Finance & Trading LLC
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487

June 16, 2014
Invoice: 3059018

**TERMS: DUE ON RECEIPT**
Less 10% Fee Discount of
$32,110.35 if
paid within 30 days of Invoice Date

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter: 110857.00012
Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 321,103.50 |
| TOTAL REIMBURSABLE COSTS: | $ | 3,941.94 |
| **TOTAL DUE:** | $ | **325,045.44** |

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA 94104-1207
ABA # 121000248
Account # Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to: Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084 | T 813.901.4180 | EIN 59-0663819
Holland & Knight LLP | www.hklaw.com

Christopher J. O'Reilly, Esq
Imperial Finance & Trading LLC
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487

June 30, 2014
Invoice: 3063967

**TERMS: DUE ON RECEIPT**
Less 10% Fee Discount of
$22,087.50
if paid within 30 days of Invoice
Date

## REMITTANCE COPY
## (PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:   110857.00012
              Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 220,875.00 |
| TOTAL REIMBURSABLE COSTS: | $ | 2,527.05 |
| **TOTAL DUE:** | $ | **223,402.05** |

---

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA  94104-1207
ABA # 121000248
Account Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to:  Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL  32825-5016

CONFIDENTIAL                                                          IMPRL-supp021740

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Christopher J. O'Reilly, Esq
Imperial Finance & Trading LLC
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487

August 29, 2014
Invoice: 3086176

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:   110857.00012
              Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 201,494.25 |
| TOTAL REIMBURSABLE COSTS: | $ | 3,452.68 |
| **TOTAL DUE:** | $ | **204,946.93** |

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA  94104-1207
ABA # 121000248
Account: Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to:  Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight  Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL  32825-5016

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Christopher J. O'Reilly, Esq
Imperial Finance & Trading LLC
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487

September 19, 2014
Invoice: 3095194

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:    110857.00012
               Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 355,040.50 |
| LESS COURTESY FEE DISCOUNT | $ | -35,504.05 |
| TOTAL FEES FOR PROFESSIONAL SERVICES: | $ | 319,536.45 |
| TOTAL REIMBURSABLE COSTS: | $ | 2,051.38 |
| **TOTAL DUE:** | **$** | **321,587.83** |

**WIRE TRANSFER INFORMATION:**
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA  94104-1207
ABA # 121000248
Account # [Redacted – Not Responsive]

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to:  Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL  32825-5016

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Christopher J. O'Reilly, Esq
Imperial Finance & Trading LLC
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487

October 13, 2014
Invoice: 3104377

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:    110857.00012
               Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 407,221.50 |
| LESS 10% FEE DISCOUNT | $ | -40,722.15 |
| TOTAL FEES FOR PROFESSIONAL SERVICES: | $ | 366,499.35 |
| TOTAL REIMBURSABLE COSTS: | $ | 9,252.06 |

| | | |
|---|---|---|
| **BALANCE DUE THIS INVOICE:** | $ | 375,751.41 |
| **MATTER BALANCE BROUGHT FORWARD:** | $ | 204,946.93 |
| **TOTAL DUE:** | $ | **580,698.34** |

---

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA 94104-1207
ABA # 121000248
Account [Redacted – Not Responsive]

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to: Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

CONFIDENTIAL

IMPRL-supp021743

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819


Christopher J. O'Reilly, Esq                        November 18, 2014
Imperial Finance & Trading LLC                      Invoice: 3118331
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487                                **TERMS:  DUE ON RECEIPT**


REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:    110857.00012
               Sun Life Assurance Company of Canada


| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 384,388.50 |
| LESS 10% FEE DISCOUNT | $ | -38,438.85 |
| TOTAL FEES FOR PROFESSIONAL SERVICES: | $ | 345,949.65 |
| TOTAL REIMBURSABLE COSTS: | $ | 25,311.77 |

**BALANCE DUE THIS INVOICE:**                         $    371,261.42

**MATTER BALANCE BROUGHT FORWARD:**                   $    204,946.93

**TOTAL DUE:**                                        $    **576,208.35**


---

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA  94104-1207
ABA # 121000248
Account # Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to:  Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight  Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL  32825-5016

CONFIDENTIAL                                          IMPRL-supp021744

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Christopher J. O'Reilly, Esq
Imperial Finance & Trading LLC
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487

November 25, 2014
Invoice: 3121764

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:    110857.00012
               Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 487,840.00 |
| LESS 10% FEE DISCOUNT | $ | -48,784.00 |
| TOTAL FEES FOR PROFESSIONAL SERVICES: | $ | 439,056.00 |
| TOTAL REIMBURSABLE COSTS: | $ | 4,790.02 |
| **BALANCE DUE THIS INVOICE:** | $ | 443,846.02 |
| **MATTER BALANCE BROUGHT FORWARD:** | $ | 576,208.35 |
| **TOTAL DUE:** | $ | **1,020,054.37** |

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA 94104-1207
ABA # 121000248
Account  Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to: Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

CONFIDENTIAL

IMPRL-supp021745

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Christopher J. O'Reilly, Esq
Imperial Finance & Trading LLC
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487

January 22, 2015
Invoice:  3144008

**TERMS:  DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:     110857.00012
                Sun Life Assurance Company of Canada

| | | |
|---|---:|---:|
| FEES FOR PROFESSIONAL SERVICES: | $ | 646,620.00 |
| LESS 10% COURTESY FEE DISCOUNT | $ | -64,662.00 |
| TOTAL FEES FOR PROFESSIONAL SERVICES: | $ | 581,958.00 |
| TOTAL REIMBURSABLE COSTS: | $ | 29,119.52 |
| **BALANCE DUE THIS INVOICE:** | $ | 611,077.52 |
| **MATTER BALANCE BROUGHT FORWARD:** | $ | 327,961.84 |
| **TOTAL DUE:** | $ | **939,039.36** |

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA  94104-1207
ABA # 121000248
Account Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to:  Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL  32825-5016

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Christopher J. O'Reilly, Esq
Imperial Finance & Trading LLC
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487

March 12, 2015
Invoice: 3161952

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:     110857.00012
                Sun Life Assurance Company of Canada

| | | |
|---|---:|---:|
| FEES FOR PROFESSIONAL SERVICES: | $ | 589,186.50 |
| LESS 10% COURTESY FEE DISCOUNT | $ | -58,918.65 |
| TOTAL FEES FOR PROFESSIONAL SERVICES: | $ | 530,267.85 |
| TOTAL REIMBURSABLE COSTS: | $ | 20,003.75 |

| | | |
|---|---:|---:|
| **BALANCE DUE THIS INVOICE:** | $ | 550,271.60 |
| **MATTER BALANCE BROUGHT FORWARD:** | $ | 327,961.84 |
| **TOTAL DUE:** | $ | **878,233.44** |

---

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA 94104-1207
ABA # 121000248
Account [Redacted – Not Responsive]

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to: Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Christopher J. O'Reilly, Esq
Imperial Finance & Trading LLC
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487

March 20, 2015
Invoice: 3165942

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:     110857.00012
                Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 965,868.00 |
| LESS 10% COURTESY FEE DISCOUNT | $ | -96,586.80 |
| TOTAL FEES FOR PROFESSIONAL SERVICES: | $ | 869,281.20 |
| TOTAL REIMBURSABLE COSTS: | $ | 65,358.16 |

**BALANCE DUE THIS INVOICE:**                    $   934,639.36

**MATTER BALANCE BROUGHT FORWARD:**              $   327,961.84

**TOTAL DUE:**                                   $   **1,262,601.20**

---

**WIRE TRANSFER INFORMATION:**
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA 94104-1207
ABA # 121000248
Account Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to: Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Christopher J. O'Reilly, Esq
Imperial Finance & Trading LLC
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487

April 30, 2015
Invoice: 3181439

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:   110857.00012
              Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 369,850.00 |
| LESS 15% COURTESY FEE DISCOUNT | $ | -55,477.50 |
| TOTAL FEES FOR PROFESSIONAL SERVICES: | $ | 314,372.50 |
| TOTAL REIMBURSABLE COSTS: | $ | 69,773.52 |

| | | |
|---|---|---|
| **BALANCE DUE THIS INVOICE:** | $ | 384,146.02 |
| **MATTER BALANCE BROUGHT FORWARD:** | $ | 1,812,872.80 |
| **TOTAL DUE:** | $ | **2,197,018.82** |

---

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA  94104-1207
ABA # 121000248
Account  Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to:  Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight  Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL  32825-5016

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Christopher J. O'Reilly, Esq
Imperial Finance & Trading LLC
701 Park of Commerce Blvd Sutie 301
Boca Raton, FL 33487

May 12, 2015
Invoice: 3186599

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:    110857.00012
               Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 170,594.50 |
| LESS 15% COURTESY FEE DISCOUNT | $ | -25,589.18 |
| TOTAL FEES FOR PROFESSIONAL SERVICES: | $ | 145,005.32 |
| TOTAL REIMBURSABLE COSTS: | $ | 12,411.09 |
| **BALANCE DUE THIS INVOICE:** | $ | 157,416.41 |
| **MATTER BALANCE BROUGHT FORWARD:** | $ | 1,812,872.80 |
| **TOTAL DUE:** | $ | **1,970,289.21** |

---

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA  94104-1207
ABA # 121000248
Account [Redacted – Not Responsive]

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to:  Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL  32825-5016

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Imperial Finance & Trading, LLC
5355 Town Center Road, Suite 701
Boca Raton, Florida 33486

June 22, 2015
Invoice: 3203468

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:  110857.00012
Sun Life Assurance Company of Canada

| | | |
|---|---|---:|
| FEES FOR PROFESSIONAL SERVICES: | $ | 47,958.00 |
| LESS 15% COURTESY FEE DISCOUNT | $ | -7,193.70 |
| TOTAL FEES FOR PROFESSIONAL SERVICES: | $ | 40,764.30 |
| TOTAL REIMBURSABLE COSTS: | $ | 978.05 |
| **BALANCE DUE THIS INVOICE:** | $ | 41,742.35 |
| **MATTER BALANCE BROUGHT FORWARD:** | $ | 2,026,473.39 |
| **TOTAL DUE:** | $ | **2,068,215.74** |

---

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA 94104-1207
ABA # 121000248
Account  Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to: Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

CONFIDENTIAL

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Imperial Finance & Trading, LLC
5355 Town Center Road, Suite 701
Boca Raton, Florida 33486

September 23, 2015
Invoice: 3241680

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:  110857.00012
Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 124,481.50 |
| LESS 15% COURTESY FEE DISCOUNT | $ | -18,672.23 |
| TOTAL FEES FOR PROFESSIONAL SERVICES: | $ | 105,809.27 |
| TOTAL REIMBURSABLE COSTS: | $ | 4,658.05 |
| **TOTAL DUE:** | $ | **110,467.32** |

**WIRE TRANSFER INFORMATION:**
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA 94104-1207
ABA # 121000248
Account Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to:  Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Imperial Finance & Trading, LLC
5355 Town Center Road, Suite 701
Boca Raton, Florida 33486

September 24, 2015
Invoice: 3241781

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter: 110857.00012
Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 67,820.00 |
| LESS 15% COURTESY FEE DISCOUNT | $ | -10,173.00 |
| TOTAL FEES FOR PROFESSIONAL SERVICES: | $ | 57,647.00 |
| TOTAL REIMBURSABLE COSTS: | $ | 2,749.44 |
| **TOTAL DUE:** | $ | **60,396.44** |

**WIRE TRANSFER INFORMATION:**
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA 94104-1207
ABA # 121000248
Account [Redacted – Not Responsive]

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to: Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

CONFIDENTIAL

IMPRL-supp021754

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Imperial Finance & Trading, LLC
5355 Town Center Road, Suite 701
Boca Raton, Florida 33486

October 26, 2015
Invoice: 3254961

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:     110857.00012
                Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 1,385.50 |
| Less 15% Courtesy Fee Discount | $ | -207.83 |
| TOTAL FEES FOR PROFESSIONAL SERVICES: | $ | 1,177.67 |
| TOTAL REIMBURSABLE COSTS: | $ | 106.38 |
| **BALANCE DUE THIS INVOICE:** | $ | 1,284.05 |
| **MATTER BALANCE BROUGHT FORWARD:** | $ | 154,514.30 |
| **TOTAL DUE:** | $ | **155,798.35** |

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA 94104-1207
ABA # 121000248
Account [Redacted – Not Responsive]

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to: Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

CONFIDENTIAL                                                              IMPRL-supp021756

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Imperial Finance & Trading, LLC
5355 Town Center Road, Suite 701
Boca Raton, Florida 33486

October 20, 2015
Invoice: 3253222

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter: 110857.00012
Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 5,675.50 |
| LESS 15% COURTESY FEE DISCOUNT | $ | -851.33 |
| TOTAL FEES FOR PROFESSIONAL SERVICES: | $ | 4,824.17 |
| TOTAL REIMBURSABLE COSTS: | $ | 379.22 |
| **BALANCE DUE THIS INVOICE:** | $ | 5,203.39 |
| **MATTER BALANCE BROUGHT FORWARD:** | $ | 154,514.30 |
| **TOTAL DUE:** | $ | **159,717.69** |

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA 94104-1207
ABA # 121000248
Account Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to: Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Imperial Finance & Trading, LLC
5355 Town Center Road, Suite 701
Boca Raton, Florida  33486

November 25, 2015
Invoice:  3269753

**TERMS:  DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:     110857.00012
                Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 16,466.50 |
| Less 15% Courtesy Fee Discount | $ | -2,469.98 |
| TOTAL FEES FOR PROFESSIONAL SERVICES: | $ | 13,996.52 |
| TOTAL REIMBURSABLE COSTS: | $ | 25.60 |
| **BALANCE DUE THIS INVOICE:** | $ | 14,022.12 |
| **MATTER BALANCE BROUGHT FORWARD:** | $ | 6,487.44 |
| **TOTAL DUE:** | $ | **20,509.56** |

---

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA  94104-1207
ABA # 121000248
Account  Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to:  Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL  32825-5016

CONFIDENTIAL

IMPRL-supp021757

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Imperial Finance & Trading, LLC
5355 Town Center Road, Suite 701
Boca Raton, Florida 33486

December 30, 2015
Invoice: 3284564

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:   110857.00012
              Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 9,313.00 |
| Less 15% Courtesy Fee Discount | $ | -1,396.95 |
| **TOTAL FEES FOR PROFESSIONAL SERVICES:** | $ | 7,916.05 |
| **TOTAL REIMBURSABLE COSTS:** | $ | 13.64 |
| **BALANCE DUE THIS INVOICE:** | $ | 7,929.69 |
| **MATTER BALANCE BROUGHT FORWARD:** | $ | 14,404.45 |
| **TOTAL DUE:** | $ | **22,334.14** |

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA 94104-1207
ABA # 121000248
Account Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to: Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Imperial Finance & Trading, LLC
5355 Town Center Road, Suite 701
Boca Raton, Florida  33486

February 17, 2016
Invoice:  3305078

**TERMS:  DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:     110857.00012
                Sun Life Assurance Company of Canada

| | | |
|---|---:|---:|
| FEES FOR PROFESSIONAL SERVICES: | $ | 18,267.00 |
| Less 15% Courtesy Fee Discount | $ | -2,740.05 |
| | | |
| TOTAL FEES FOR PROFESSIONAL SERVICES: | $ | 15,526.95 |
| TOTAL REIMBURSABLE COSTS: | $ | 88.74 |
| **BALANCE DUE THIS INVOICE:** | $ | 15,615.69 |
| **MATTER BALANCE BROUGHT FORWARD:** | $ | 8,312.02 |
| **TOTAL DUE:** | $ | **23,927.71** |

---

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA  94104-1207
ABA # 121000248
Account Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to:  Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL  32825-5016

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Imperial Finance & Trading, LLC
5355 Town Center Road, Suite 701
Boca Raton, Florida 33486

February 24, 2016
Invoice: 3307078

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter: 110857.00012
Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 74,596.50 |
| Less 10% Courtesy Fee Discount | $ | -7,459.65 |
| TOTAL FEES FOR PROFESSIONAL SERVICES: | $ | 67,136.85 |
| TOTAL REIMBURSABLE COSTS: | $ | 1,951.81 |
| **BALANCE DUE THIS INVOICE:** | $ | 69,088.66 |
| **MATTER BALANCE BROUGHT FORWARD:** | $ | 8,312.02 |
| **TOTAL DUE:** | $ | **77,400.68** |

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA 94104-1207
ABA # 121000248
Account Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to: Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819


Imperial Finance & Trading, LLC
5355 Town Center Road, Suite 701
Boca Raton, Florida 33486

May 16, 2016
Invoice: 3342999

**TERMS: DUE ON RECEIPT**


REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:    110857.00012
               Sun Life Assurance Company of Canada


| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 456,241.00 |
| Less 15% Courtesy Fee Discount | $ | -68,436.15 |
| TOTAL FEES FOR PROFESSIONAL SERVICES: | $ | 387,804.85 |
| TOTAL REIMBURSABLE COSTS: | $ | 12,836.27 |
| **TOTAL DUE:** | $ | **400,641.12** |


**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA  94104-1207
ABA  # 121000248
Account Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to:  Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight  Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL  32825-5016

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Imperial Finance & Trading, LLC
5355 Town Center Road, Suite 701
Boca Raton, Florida 33486

June 9, 2016
Invoice: 3352990

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:    110857.00012
                Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 283,981.00 |
| Less 15% Courtesy Fee Discount | $ | -42,597.15 |
| | | |
| TOTAL FEES FOR PROFESSIONAL SERVICES: | $ | 241,383.85 |
| TOTAL REIMBURSABLE COSTS: | $ | 7,237.27 |
| **TOTAL DUE:** | $ | **248,621.12** |

**WIRE TRANSFER INFORMATION**:
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA 94104-1207
ABA # 121000248
Account # Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to: Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

CONFIDENTIAL                                        IMPRL-supp021762

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Imperial Finance & Trading, LLC
5355 Town Center Road, Suite 701
Boca Raton, Florida 33486

June 22, 2015
Invoice: 3203824

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:    110857.00012
               Sun Life Assurance Company of Canada

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 122,239.50 |
| LESS 15% COURTESY FEE DISCOUNT | $ | -18,335.93 |
| TOTAL FEES FOR PROFESSIONAL SERVICES: | $ | 103,903.57 |
| TOTAL REIMBURSABLE COSTS: | $ | 3,634.38 |
| **BALANCE DUE THIS INVOICE:** | $ | 107,537.95 |
| **MATTER BALANCE BROUGHT FORWARD:** | $ | 2,026,473.39 |
| **TOTAL DUE:** | $ | **2,134,011.34** |

---

**WIRE TRANSFER INFORMATION:**
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA 94104-1207
ABA # 121000248
Account Redacted – Not Responsive

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to: Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016



# SPECIAL COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5788078 |
| Invoice Date: | 06/23/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# [Redacted – Not Responsive]
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 06/23/2013 | ALEJANDRO ALMIROLA | DOCUMENT REVIEWER | REG | 29.75 | 35.00 | 1,041.25 |
| | | Approved on 06/25/2013 by SONYA.STRNAD@HKLAW.COM Confirmation/TC # 20130625171825 | | | | | | |
| 2 | | 06/23/2013 | BRANCA AMARAL | DOCUMENT REVIEWER | REG | 24.75 | 35.00 | 866.25 |
| | | Approved on 06/25/2013 by SONYA.STRNAD@HKLAW.COM Confirmation/TC # 20130625171824 | | | | | | |
| 3 | | 06/23/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 33.00 | 75.00 | 2,475.00 |
| | | Approved on 06/25/2013 by SONYA.STRNAD@HKLAW.COM Confirmation/TC # 20130625171824 | | | | | | |
| 4 | | 06/23/2013 | MARIA LUZIETTI | DOCUMENT REVIEWER | REG | 34.50 | 35.00 | 1,207.50 |
| | | Approved on 06/25/2013 by SONYA.STRNAD@HKLAW.COM Confirmation/TC # 20130625171824 | | | | | | |
| 5 | | 06/23/2013 | NICOLAS MONTES | DOCUMENT REVIEWER | REG | 38.00 | 35.00 | 1,330.00 |
| | | Approved on 06/25/2013 by SONYA.STRNAD@HKLAW.COM Confirmation/TC # 20130625171824 | | | | | | |

**SUBTOTAL:** 160.00    6,920.00

**TOTAL AMOUNT DUE :**   $   **6,920.00**   USD

WEEKLY        5788078

IMPRL-supp022676



# SPECIAL COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5799971 |
| Invoice Date: | 07/07/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# [Redacted – Not Responsive]
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 06/30/2013 | ALEJANDRO ALMIROLA | DOCUMENT REVIEWER | REG | 43.25 | 35.00 | 1,513.75 |
| | | Approved on 07/03/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130703143819 | | | | | | |
| 2 | | 06/30/2013 | BRANCA AMARAL | DOCUMENT REVIEWER | REG | 23.25 | 35.00 | 813.75 |
| | | Approved on 07/03/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130703143819 | | | | | | |
| 3 | | 06/30/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 55.50 | 75.00 | 4,162.50 |
| | | Approved on 07/03/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130703143819 | | | | | | |
| 4 | | 06/30/2013 | MARIA LUZIETTI | DOCUMENT REVIEWER | REG | 28.75 | 35.00 | 1,006.25 |
| | | Approved on 07/03/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130703143818 | | | | | | |
| 5 | | 06/30/2013 | NICOLAS MONTES | DOCUMENT REVIEWER | REG | 39.00 | 35.00 | 1,365.00 |
| | | Approved on 07/03/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130703143818 | | | | | | |
| | | | **SUBTOTAL:** | | | 189.75 | | 8,861.25 |

**TOTAL AMOUNT DUE :**          $   **8,861.25**   USD

CONFIDENTIAL

IMPRL-supp022677



# SPECIAL COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5813506 |
| Invoice Date: | 07/14/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Federal Tax ID# [Redacted – Not Responsive]
For billing questions, please call   888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 07/07/2013 | ALEJANDRO ALMIROLA | DOCUMENT REVIEWER | REG | 34.50 | 35.00 | 1,207.50 |
| | | Approved on 07/08/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130708144255 | | | | | | |
| 2 | | 07/07/2013 | BRANCA AMARAL | DOCUMENT REVIEWER | REG | 15.50 | 35.00 | 542.50 |
| | | Approved on 07/08/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130708144255 | | | | | | |
| 3 | | 07/07/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 41.00 | 75.00 | 3,075.00 |
| | | Approved on 07/08/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130708144255 | | | | | | |
| 4 | | 07/07/2013 | MARIA LUZIETTI | DOCUMENT REVIEWER | REG | 24.25 | 35.00 | 848.75 |
| | | Approved on 07/10/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130710102748 | | | | | | |
| 5 | | 07/07/2013 | NICOLAS MONTES | DOCUMENT REVIEWER | REG | 40.00 | 35.00 | 1,400.00 |
| | | Approved on 07/09/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130709104431 | | | | | | |
| | | **SUBTOTAL:** | | | | 155.25 | | 7,073.75 |

| **TOTAL AMOUNT DUE :** | **$ 7,073.75** USD |
|---|---|

WEEKLY     5808644

CONFIDENTIAL



# SPECIAL COUNSEL

Please Remit To:
  POST OFFICE BOX 1024140
  ATLANTA, GA 30368-4140

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5820813 |
| Invoice Date: | 07/14/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
  IMPERIAL FINANCE AND TRADING
  CHRIS O'REILLY
  5355 TOWN CENTER RD, SUITE 701
  SUITE 301
  BOCA RATON, FL 33486

Federal Tax ID# [Redacted - Not Responsive]
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|------|-----|----------|-----------|-------------|---|---------|-----------|--------|
| 1 | | 07/14/2013 | ALEJANDRO ALMIROLA | DOCUMENT REVIEWER | REG | 40.00 | 35.00 | 1,400.00 |
| | | Approved on 07/15/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130715203209 | | | | | | |
| 2 | | 07/14/2013 | BRANCA AMARAL | DOCUMENT REVIEWER | REG | 26.25 | 35.00 | 918.75 |
| | | Approved on 07/15/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130715203209 | | | | | | |
| 3 | | 07/14/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 73.50 | 75.00 | 5,512.50 |
| | | Approved on 07/15/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130715203209 | | | | | | |
| 4 | | 07/14/2013 | MARIA LUZIETTI | DOCUMENT REVIEWER | REG | 15.25 | 35.00 | 533.75 |
| | | Approved on 07/15/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130715203209 | | | | | | |
| 5 | | 07/14/2013 | NICOLAS MONTES | DOCUMENT REVIEWER | REG | 34.00 | 35.00 | 1,190.00 |
| | | Approved on 07/15/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130715203209 | | | | | | |
| | | | **SUBTOTAL:** | | | 189.00 | | 9,555.00 |

| **TOTAL AMOUNT DUE :** | **$ 9,555.00** | **USD** |
|---|---|---|

WEEKLY       5820813



# SPECIAL COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5835263 |
| Invoice Date: | 07/28/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |
| Dept. No.: | Imperial |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# ⟦Redacted – Not Responsive⟧
For billing questions, please call   888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|------|-----|----------|-----------|-------------|--|---------|-----------|--------|
| 1 | | 07/14/2013 | MARTA R ACOSTA | DOCUMENT REVIEWER | REG | 6.75 | 35.00 | 236.25 |
| | | Approved on 07/22/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130722094702 | | | | | | |
| 2 | | 07/14/2013 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 7.00 | 35.00 | 245.00 |
| | | Approved on 07/22/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130722094702 | | | | | | |
| 3 | | 07/14/2013 | JENNIFER CARMAN | DOCUMENT REVIEWER | REG | 6.75 | 35.00 | 236.25 |
| | | Approved on 07/23/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130723181414 | | | | | | |
| 4 | | 07/14/2013 | SEAN E FINE | DOCUMENT REVIEWER | REG | 7.50 | 35.00 | 262.50 |
| | | Approved on 07/22/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130722143933 | | | | | | |
| 5 | | 07/14/2013 | MARIE H KIM | DOCUMENT REVIEWER | REG | 6.00 | 35.00 | 210.00 |
| | | Approved on 07/22/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130722094702 | | | | | | |
| 6 | | 07/14/2013 | KRISTEN D LEE-WILLIAMS | DOCUMENT REVIEWER | REG | 7.00 | 35.00 | 245.00 |
| | | Approved on 07/23/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130723181414 | | | | | | |
| 7 | | 07/14/2013 | STEPHANIE N LUCAS | DOCUMENT REVIEWER | REG | 7.25 | 35.00 | 253.75 |
| | | Approved on 07/22/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130722094702 | | | | | | |
| 8 | | 07/14/2013 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 6.00 | 35.00 | 210.00 |
| | | Approved on 07/23/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130723181414 | | | | | | |
| 9 | | 07/14/2013 | GAIL TAFT | DOCUMENT REVIEWER | REG | 7.00 | 35.00 | 245.00 |
| | | Approved on 07/22/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130722094702 | | | | | | |

|  | Unt/Hrs | Amount |
|---|---------|--------|
| **SUBTOTAL:** | 61.25 | 2,143.75 |

| **TOTAL AMOUNT DUE :** | $ 2,143.75 USD |
|---|---|

CONFIDENTIAL
IMPRL-supp022680



# SPECIAL COUNSEL

Please Remit To:
  POST OFFICE BOX 1024140
  ATLANTA, GA 30368-4140

Customer:
  IMPERIAL FINANCE AND TRADING
  CHRIS O'REILLY
  5355 TOWN CENTER RD, SUITE 701
  SUITE 301
  BOCA RATON, FL 33486

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5831984 |
| Invoice Date: | 07/21/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Federal Tax ID# [Redacted – Not Responsive]
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 07/21/2013 | ALEJANDRO ALMIROLA | DOCUMENT REVIEWER | REG | 40.75 | 35.00 | 1,426.25 |
| | | Approved on 07/22/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130722132131 | | | | | | |
| 2 | | 07/21/2013 | BRANCA AMARAL | DOCUMENT REVIEWER | REG | 21.00 | 35.00 | 735.00 |
| | | Approved on 07/23/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130723103858 | | | | | | |
| 3 | | 07/21/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 73.00 | 75.00 | 5,475.00 |
| | | Approved on 07/22/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130722132131 | | | | | | |
| 4 | | 07/21/2013 | MARIA LUZIETTI | DOCUMENT REVIEWER | REG | 11.50 | 35.00 | 402.50 |
| | | Approved on 07/22/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130722132131 | | | | | | |
| 5 | | 07/21/2013 | NICOLAS MONTES | DOCUMENT REVIEWER | REG | 16.50 | 35.00 | 577.50 |
| | | Approved on 07/22/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130722132131 | | | | | | |

|  | | |
|---|---|---|
| **SUBTOTAL:** | 162.75 | 8,616.25 |

| | | | |
|---|---|---|---|
| **TOTAL AMOUNT DUE :** | $ | **8,616.25** | USD |

CONFIDENTIAL                                                IMPRL-supp022681



# SPECIAL COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5835265 |
| Invoice Date: | 07/28/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |
| Dept. No.: | IMPERIAL |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# Redacted – Not Responsive
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 07/21/2013 | MARTA R ACOSTA | DOCUMENT REVIEWER | REG | 52.25 | 35.00 | 1,828.75 |
| | | Approved on 07/22/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130722094509 | | | | | | |
| 2 | | 07/21/2013 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 40.00 | 35.00 | 1,400.00 |
| | | Approved on 07/22/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130722094509 | | | | | | |
| 3 | | 07/21/2013 | JENNIFER CARMAN | DOCUMENT REVIEWER | REG | 42.25 | 35.00 | 1,478.75 |
| | | Approved on 07/22/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130722094509 | | | | | | |
| 4 | | 07/21/2013 | SEAN E FINE | DOCUMENT REVIEWER | REG | 14.50 | 35.00 | 507.50 |
| | | Approved on 07/22/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130722143823 | | | | | | |
| 5 | | 07/21/2013 | JAMES GIPSON | DOCUMENT REVIEWER | REG | 20.25 | 35.00 | 708.75 |
| | | Approved on 07/22/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130722143823 | | | | | | |
| 6 | | 07/21/2013 | MARIE H KIM | DOCUMENT REVIEWER | REG | 46.25 | 35.00 | 1,618.75 |
| | | Approved on 07/22/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130722094509 | | | | | | |
| 7 | | 07/21/2013 | KRISTEN D LEE-WILLIAMS | DOCUMENT REVIEWER | REG | 40.00 | 35.00 | 1,400.00 |
| | | Approved on 07/22/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130722094508 | | | | | | |
| 8 | | 07/21/2013 | STEPHANIE N LUCAS | DOCUMENT REVIEWER | REG | 44.50 | 35.00 | 1,557.50 |
| | | Approved on 07/22/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130722094508 | | | | | | |
| 9 | | 07/21/2013 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 44.75 | 35.00 | 1,566.25 |
| | | Approved on 07/22/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130722094508 | | | | | | |
| 10 | | 07/21/2013 | GAIL TAFT | DOCUMENT REVIEWER | REG | 55.25 | 35.00 | 1,933.75 |
| | | Approved on 07/22/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130722094507 | | | | | | |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SUBTOTAL:** | | | | | 400.00 | | 14,000.00 |

| **TOTAL AMOUNT DUE :** | **$ 14,000.00** | **USD** |
|---|---|---|

WEEKLY    CRE    5831818    5835264



# SPECIAL COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140
ATLANTA, GA 30368-4140**

Customer:
**IMPERIAL FINANCE AND TRADING
CHRIS O'REILLY
5355 TOWN CENTER RD, SUITE 701
SUITE 301
BOCA RATON, FL 33486**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5856764 |
| Invoice Date: | 08/04/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Federal Tax ID# Redacted – Not Responsive
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 07/28/2013 | MARTA R ACOSTA | DOCUMENT REVIEWER | REG | 47.00 | 35.00 | 1,645.00 |
| | | Approved on 07/29/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130729094929 | | | | | | |
| 2 | | 07/28/2013 | BRANCA AMARAL | DOCUMENT REVIEWER | REG | 27.75 | 35.00 | 971.25 |
| | | Approved on 07/30/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130730103036 | | | | | | |
| 3 | | 07/28/2013 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 40.00 | 35.00 | 1,400.00 |
| | | Approved on 07/29/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130729094929 | | | | | | |
| 4 | | 07/28/2013 | JENNIFER CARMAN | DOCUMENT REVIEWER | REG | 38.00 | 35.00 | 1,330.00 |
| | | Approved on 07/29/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130729094929 | | | | | | |
| 5 | | 07/28/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 37.00 | 75.00 | 2,775.00 |
| | | Approved on 07/30/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130730103035 | | | | | | |
| 6 | | 07/28/2013 | SEAN E FINE | DOCUMENT REVIEWER | REG | 13.00 | 35.00 | 455.00 |
| | | Approved on 07/29/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130729094929 | | | | | | |
| 7 | | 07/28/2013 | JAMES GIPSON | DOCUMENT REVIEWER | REG | 3.00 | 35.00 | 105.00 |
| | | Approved on 07/29/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130729094929 | | | | | | |
| 8 | | 07/28/2013 | MARIE H KIM | DOCUMENT REVIEWER | REG | 29.75 | 35.00 | 1,041.25 |
| | | Approved on 07/29/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130729094929 | | | | | | |
| 9 | | 07/28/2013 | KRISTEN D LEE-WILLIAMS | DOCUMENT REVIEWER | REG | 27.25 | 35.00 | 953.75 |
| | | Approved on 07/29/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130729094929 | | | | | | |
| 10 | | 07/28/2013 | STEPHANIE N LUCAS | DOCUMENT REVIEWER | REG | 33.25 | 35.00 | 1,163.75 |
| | | Approved on 07/29/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130729094928 | | | | | | |
| 11 | | 07/28/2013 | NICOLAS MONTES | DOCUMENT REVIEWER | REG | 40.25 | 35.00 | 1,408.75 |
| | | Approved on 07/30/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130730103035 | | | | | | |
| 12 | | 07/28/2013 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 47.00 | 35.00 | 1,645.00 |
| | | Approved on 07/29/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130729094928 | | | | | | |
| 13 | | 07/28/2013 | MATTHEW T SPULAK | DOCUMENT REVIEWER | REG | 24.50 | 35.00 | 857.50 |
| | | Approved on 07/29/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130729094928 | | | | | | |

WEEKLY        5842837



# SPECIAL COUNSEL

Please Remit To:
  **POST OFFICE BOX 1024140**
  **ATLANTA, GA 30368-4140**

| | |
|---|---|
| Page: | 2 |
| Invoice No: | 5856764 |
| Invoice Date: | 08/04/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
  **IMPERIAL FINANCE AND TRADING**
  **CHRIS O'REILLY**
  **5355 TOWN CENTER RD, SUITE 701**
  **SUITE 301**
  **BOCA RATON, FL  33486**

Federal Tax ID# Redacted – Not Responsive
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 14 | | 07/28/2013 | GAIL TAFT | DOCUMENT REVIEWER | REG | 40.00 | 35.00 | 1,400.00 |
| | | Approved on 07/29/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130729094928 | | | | | | |
| | | | **SUBTOTAL:** | | | 447.75 | | 17,151.25 |

**TOTAL AMOUNT DUE :**     $   17,151.25   USD

WEEKLY        5842837

CONFIDENTIAL



# SPECIAL COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5860230 |
| Invoice Date: | 08/11/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# Redacted – Not Responsive
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 08/04/2013 | MARTA R ACOSTA | DOCUMENT REVIEWER | REG | 49.50 | 35.00 | 1,732.50 |
| | | Approved on 08/05/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130805165128 | | | | | | |
| 2 | | 08/04/2013 | BRANCA AMARAL | DOCUMENT REVIEWER | REG | 38.50 | 35.00 | 1,347.50 |
| | | Approved on 08/05/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130805165153 | | | | | | |
| 3 | | 08/04/2013 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 40.00 | 35.00 | 1,400.00 |
| | | Approved on 08/05/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130805165128 | | | | | | |
| 4 | | 08/04/2013 | JENNIFER CARMAN | DOCUMENT REVIEWER | REG | 44.50 | 35.00 | 1,557.50 |
| | | Approved on 08/05/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130805165128 | | | | | | |
| 5 | | 08/04/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 39.50 | 75.00 | 2,962.50 |
| | | Approved on 08/07/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130807125547 | | | | | | |
| 6 | | 08/04/2013 | SEAN E FINE | DOCUMENT REVIEWER | REG | 32.25 | 35.00 | 1,128.75 |
| | | Approved on 08/05/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130805165127 | | | | | | |
| 7 | | 08/04/2013 | MARIE H KIM | DOCUMENT REVIEWER | REG | 40.00 | 35.00 | 1,400.00 |
| | | Approved on 08/05/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130805165127 | | | | | | |
| 8 | | 08/04/2013 | KRISTEN D LEE-WILLIAMS | DOCUMENT REVIEWER | REG | 16.00 | 35.00 | 560.00 |
| | | Approved on 08/05/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130805165127 | | | | | | |
| 9 | | 08/04/2013 | STEPHANIE N LUCAS | DOCUMENT REVIEWER | REG | 49.50 | 35.00 | 1,732.50 |
| | | Approved on 08/05/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130805165127 | | | | | | |
| 10 | | 08/04/2013 | NICOLAS MONTES | DOCUMENT REVIEWER | REG | 22.00 | 35.00 | 770.00 |
| | | Approved on 08/05/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130805165153 | | | | | | |
| 11 | | 08/04/2013 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 55.75 | 35.00 | 1,951.25 |
| | | Approved on 08/05/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130805165127 | | | | | | |
| 12 | | 08/04/2013 | MATTHEW T SPULAK | DOCUMENT REVIEWER | REG | 35.50 | 35.00 | 1,242.50 |
| | | Approved on 08/05/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130805165126 | | | | | | |
| 13 | | 08/04/2013 | GAIL TAFT | DOCUMENT REVIEWER | REG | 54.00 | 35.00 | 1,890.00 |
| | | Approved on 08/05/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130805165126 | | | | | | |

WEEKLY        5855908



# SPECIAL COUNSEL

Page: 2
Invoice No: 5860230
Invoice Date: 08/11/2013
Customer Number: SCI0005561
Payment Terms: Net 15
Branch: FL416

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# Redacted – Not Responsive
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | Unt/Hrs | Rate/Cost | Amount |
|------|-----|----------|-----------|-------------|---------|-----------|--------|
| | | | **SUBTOTAL:** | | 517.00 | | 19,675.00 |

| **TOTAL AMOUNT DUE :** | **$ 19,675.00** | **USD** |
|---|---|---|

WEEKLY        5855908



# SPECIAL COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5870873 |
| Invoice Date: | 08/11/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Federal Tax ID# Redacted - Not Responsive
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 08/11/2013 | MARTA R ACOSTA | DOCUMENT REVIEWER | REG | 45.75 | 35.00 | 1,601.25 |
| | | Approved on 08/14/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130814081536 | | | | | | |
| 2 | | 08/11/2013 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 2.25 | 35.00 | 78.75 |
| | | Approved on 08/14/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130814081536 | | | | | | |
| 3 | | 08/11/2013 | JENNIFER CARMAN | DOCUMENT REVIEWER | REG | 1.00 | 35.00 | 35.00 |
| | | Approved on 08/14/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130814081536 | | | | | | |
| 4 | | 08/11/2013 | STEPHANIE N LUCAS | DOCUMENT REVIEWER | REG | 52.50 | 35.00 | 1,837.50 |
| | | Approved on 08/14/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130814081536 | | | | | | |
| 5 | | 08/11/2013 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 4.25 | 35.00 | 148.75 |
| | | Approved on 08/14/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130814081535 | | | | | | |
| 6 | | 08/11/2013 | MATTHEW T SPULAK | DOCUMENT REVIEWER | REG | 2.00 | 35.00 | 70.00 |
| | | Approved on 08/14/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130814081535 | | | | | | |
| 7 | | 08/11/2013 | GAIL TAFT | DOCUMENT REVIEWER | REG | 4.00 | 35.00 | 140.00 |
| | | Approved on 08/14/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130814081535 | | | | | | |
| | | **SUBTOTAL:** | | | | 111.75 | | 3,911.25 |

**TOTAL AMOUNT DUE :**          $    3,911.25   USD

WEEKLY          5870873



# SPECIAL COUNSEL

Please Remit To:
POST OFFICE BOX 1024140
ATLANTA, GA 30368-4140

Customer:
IMPERIAL FINANCE AND TRADING
CHRIS O'REILLY
5355 TOWN CENTER RD, SUITE 701
SUITE 301
BOCA RATON, FL 33486

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5882142 |
| Invoice Date: | 08/18/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Federal Tax ID# Redacted – Not Responsive
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|------|-----|----------|-----------|-------------|---|---------|-----------|--------|
| 1 | | 08/11/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 35.50 | 75.00 | 2,662.50 |

Approved on 08/21/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130821101432

| | | | |
|---|---|---|---|
| **SUBTOTAL:** | | 35.50 | 2,662.50 |

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE :** | $    2,662.50 | USD |

WEEKLY        5882142

CONFIDENTIAL                                                                IMPRL-supp022688



# SPECIAL COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5882659 |
| Invoice Date: | 08/25/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID#: Redacted - Not Responsive
For billing questions, please call     888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 08/18/2013 | MARTA R ACOSTA | DOCUMENT REVIEWER | REG | 53.25 | 35.00 | 1,863.75 |
| | | Approved on 08/20/2013 by KATIE.CURIEL@SPECIALCOUNSEL..COM Confirmation/TC # 20130820095556 | | | | | | |
| 2 | | 08/18/2013 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 36.00 | 35.00 | 1,260.00 |
| | | Approved on 08/20/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130820095556 | | | | | | |
| 3 | | 08/18/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 19.50 | 75.00 | 1,462.50 |
| | | Approved on 08/21/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130821101426 | | | | | | |
| 4 | | 08/18/2013 | STEPHANIE N LUCAS | DOCUMENT REVIEWER | REG | 42.75 | 35.00 | 1,496.25 |
| | | Approved on 08/20/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130820095556 | | | | | | |
| 5 | | 08/18/2013 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 44.50 | 35.00 | 1,557.50 |
| | | Approved on 08/20/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130820095556 | | | | | | |
| 6 | | 08/18/2013 | MATTHEW T SPULAK | DOCUMENT REVIEWER | REG | 40.25 | 35.00 | 1,408.75 |
| | | Approved on 08/20/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130820095556 | | | | | | |
| 7 | | 08/18/2013 | GAIL TAFT | DOCUMENT REVIEWER | REG | 39.75 | 35.00 | 1,391.25 |
| | | Approved on 08/20/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130820095556 | | | | | | |
| | | **SUBTOTAL:** | | | | 276.00 | | 10,440.00 |

| **TOTAL AMOUNT DUE :** | **$ 10,440.00  USD** |
|---|---|

WEEKLY        5879749



# SPECIAL COUNSEL

Please Remit To:
  POST OFFICE BOX 1024140
  ATLANTA, GA 30368-4140

Customer:
  **IMPERIAL FINANCE AND TRADING**
  **CHRIS O'REILLY**
  **5355 TOWN CENTER RD, SUITE 701**
  **SUITE 301**
  **BOCA RATON, FL 33486**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5895021 |
| Invoice Date: | 09/01/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Federal Tax ID# Redacted – Not Responsive
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 08/25/2013 | MARTA R ACOSTA | DOCUMENT REVIEWER | REG | 41.75 | 35.00 | 1,461.25 |
| | | Approved on 08/28/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130828102911 | | | | | | |
| 2 | | 08/25/2013 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 44.75 | 35.00 | 1,566.25 |
| | | Approved on 08/28/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130828104244 | | | | | | |
| 3 | | 08/25/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 45.50 | 75.00 | 3,412.50 |
| | | Approved on 08/29/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130829165759 | | | | | | |
| 4 | | 08/25/2013 | STEPHANIE N LUCAS | DOCUMENT REVIEWER | REG | 53.50 | 35.00 | 1,872.50 |
| | | Approved on 08/28/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130828102910 | | | | | | |
| 5 | | 08/25/2013 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 50.75 | 35.00 | 1,776.25 |
| | | Approved on 08/28/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130828102910 | | | | | | |
| 6 | | 08/25/2013 | MATTHEW T SPULAK | DOCUMENT REVIEWER | REG | 46.75 | 35.00 | 1,636.25 |
| | | Approved on 08/28/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130828102910 | | | | | | |
| 7 | | 08/25/2013 | GAIL TAFT | DOCUMENT REVIEWER | REG | 38.50 | 35.00 | 1,347.50 |
| | | Approved on 08/28/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130828102910 | | | | | | |
| | | **SUBTOTAL:** | | | | 321.50 | | 13,072.50 |

| **TOTAL AMOUNT DUE :** | **$  13,072.50**  USD |
|---|---|

SCIWEEKLY        5893675

CONFIDENTIAL



# SPECIAL COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5919068 |
| Invoice Date: | 09/15/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL  33486**

Federal Tax ID# [Redacted – Not Responsive]
For billing questions, please call   888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 09/01/2013 | MARTA R ACOSTA | DOCUMENT REVIEWER | REG | 36.25 | 35.00 | 1,268.75 |
| | | Approved on 09/03/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130903112827 | | | | | | |
| 2 | | 09/01/2013 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 40.00 | 35.00 | 1,400.00 |
| | | Approved on 09/03/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130903112827 | | | | | | |
| 3 | | 09/01/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 41.50 | 75.00 | 3,112.50 |
| | | Approved on 09/06/2013 by SONYA.STRNAD@HKLAW.COM Confirmation/TC # 20130906180606 | | | | | | |
| 4 | | 09/01/2013 | STEPHANIE N LUCAS | DOCUMENT REVIEWER | REG | 51.00 | 35.00 | 1,785.00 |
| | | Approved on 09/03/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130903112826 | | | | | | |
| 5 | | 09/01/2013 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 41.75 | 35.00 | 1,461.25 |
| | | Approved on 09/03/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130903112826 | | | | | | |
| 6 | | 09/01/2013 | MATTHEW T SPULAK | DOCUMENT REVIEWER | REG | 46.75 | 35.00 | 1,636.25 |
| | | Approved on 09/03/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130903112826 | | | | | | |
| 7 | | 09/01/2013 | GAIL TAFT | DOCUMENT REVIEWER | REG | 40.00 | 35.00 | 1,400.00 |
| | | Approved on 09/03/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130903112826 | | | | | | |
| | | **SUBTOTAL:** | | | | 297.25 | | 12,063.75 |

| **TOTAL AMOUNT DUE :** | **$  12,063.75**  USD |
|---|---|

SCIWEEKLY        5903993

CONFIDENTIAL

IMPRL-supp022691



# SPECIAL COUNSEL

| | |
|---|---|
| Please Remit To: | |
| **POST OFFICE BOX 1024140** | |
| **ATLANTA, GA 30368-4140** | |

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5919982 |
| Invoice Date: | 09/15/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# Redacted – Not Responsive
For billing questions, please call 888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 09/08/2013 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 32.75 | 35.00 | 1,146.25 |
| | | Approved on 09/10/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130910104040 | | | | | | |
| 2 | | 09/08/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 29.50 | 75.00 | 2,212.50 |
| | | Approved on 09/12/2013 by SONYA.STRNAD@HKLAW.COM Confirmation/TC # 20130912160847 | | | | | | |
| 3 | | 09/08/2013 | STEPHANIE N LUCAS | DOCUMENT REVIEWER | REG | 40.50 | 35.00 | 1,417.50 |
| | | Approved on 09/10/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130910104712 | | | | | | |
| 4 | | 09/08/2013 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 41.75 | 35.00 | 1,461.25 |
| | | Approved on 09/10/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130910104714 | | | | | | |
| 5 | | 09/08/2013 | MATTHEW T SPULAK | DOCUMENT REVIEWER | REG | 28.75 | 35.00 | 1,006.25 |
| | | Approved on 09/10/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130910104716 | | | | | | |
| 6 | | 09/08/2013 | GAIL TAFT | DOCUMENT REVIEWER | REG | 32.00 | 35.00 | 1,120.00 |
| | | Approved on 09/10/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130910104718 | | | | | | |
| | | **SUBTOTAL:** | | | | 205.25 | | 8,363.75 |

| **TOTAL AMOUNT DUE :** | $ **8,363.75** USD |
|---|---|

SCIWEEKLY        5915360

CONFIDENTIAL                                                IMPRL-supp022692



# SPECIAL COUNSEL

Please Remit To:
POST OFFICE BOX 1024140
ATLANTA, GA 30368-4140

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5940237 |
| Invoice Date: | 09/22/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# Redacted - Not Responsive
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 09/15/2013 | MARTA R ACOSTA | DOCUMENT REVIEWER | REG | 44.75 | 35.00 | 1,566.25 |
| | | Approved on 09/17/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130917073655 | | | | | | |
| 2 | | 09/15/2013 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 41.75 | 35.00 | 1,461.25 |
| | | Approved on 09/17/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130917073732 | | | | | | |
| 3 | | 09/15/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 28.00 | 75.00 | 2,100.00 |
| | | Approved on 09/19/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130919144730 | | | | | | |
| 4 | | 09/15/2013 | STEPHANIE N LUCAS | DOCUMENT REVIEWER | REG | 45.75 | 35.00 | 1,601.25 |
| | | Approved on 09/17/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130917073719 | | | | | | |
| 5 | | 09/15/2013 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 40.25 | 35.00 | 1,408.75 |
| | | Approved on 09/17/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130917073747 | | | | | | |
| 6 | | 09/15/2013 | MATTHEW T SPULAK | DOCUMENT REVIEWER | REG | 46.50 | 35.00 | 1,627.50 |
| | | Approved on 09/17/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130917073812 | | | | | | |
| 7 | | 09/15/2013 | GAIL TAFT | DOCUMENT REVIEWER | REG | 38.00 | 35.00 | 1,330.00 |
| | | Approved on 09/17/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130917073830 | | | | | | |
| | | **SUBTOTAL:** | | | | 285.00 | | 11,095.00 |

| | |
|---|---|
| **TOTAL AMOUNT DUE :** | **$ 11,095.00  USD** |

SCIWEEKLY        5927358



# SPECIAL COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5943198 |
| Invoice Date: | 09/29/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# [Redacted – Not Responsive]
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 09/22/2013 | MARTA R ACOSTA | DOCUMENT REVIEWER | REG | 43.25 | 35.00 | 1,513.75 |
| | | Approved on 09/25/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130925094244 | | | | | | |
| 2 | | 09/22/2013 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 42.75 | 35.00 | 1,496.25 |
| | | Approved on 09/25/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130925094313 | | | | | | |
| 3 | | 09/22/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 34.50 | 75.00 | 2,587.50 |
| | | Approved on 09/26/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20130926110329 | | | | | | |
| 4 | | 09/22/2013 | STEPHANIE N LUCAS | DOCUMENT REVIEWER | REG | 47.75 | 35.00 | 1,671.25 |
| | | Approved on 09/25/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130925094253 | | | | | | |
| 5 | | 09/22/2013 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 40.00 | 35.00 | 1,400.00 |
| | | Approved on 09/25/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130925094259 | | | | | | |
| 6 | | 09/22/2013 | MATTHEW T SPULAK | DOCUMENT REVIEWER | REG | 40.25 | 35.00 | 1,408.75 |
| | | Approved on 09/25/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130925094301 | | | | | | |
| 7 | | 09/22/2013 | GAIL TAFT | DOCUMENT REVIEWER | REG | 40.00 | 35.00 | 1,400.00 |
| | | Approved on 09/25/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130925094309 | | | | | | |
| | | **SUBTOTAL:** | | | | 288.50 | | 11,477.50 |

| **TOTAL AMOUNT DUE :** | **$ 11,477.50  USD** |
|---|---|

SCIWEEKLY          5943977



# SPECIAL COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5951156 |
| Invoice Date: | 09/29/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# [Redacted - Not Responsive]
For billing questions, please call   888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 09/29/2013 | MARTA R ACOSTA | DOCUMENT REVIEWER | REG | 46.25 | 35.00 | 1,618.75 |
| | | Approved on 10/01/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131001100737 | | | | | | |
| 2 | | 09/29/2013 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 40.00 | 35.00 | 1,400.00 |
| | | Approved on 09/30/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130930091328 | | | | | | |
| 3 | | 09/29/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 40.00 | 75.00 | 3,000.00 |
| | | Approved on 10/01/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20131001161415 | | | | | | |
| 4 | | 09/29/2013 | STEPHANIE N LUCAS | DOCUMENT REVIEWER | REG | 52.50 | 35.00 | 1,837.50 |
| | | Approved on 09/30/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130930091346 | | | | | | |
| 5 | | 09/29/2013 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 51.25 | 35.00 | 1,793.75 |
| | | Approved on 09/30/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130930091406 | | | | | | |
| 6 | | 09/29/2013 | MATTHEW T SPULAK | DOCUMENT REVIEWER | REG | 52.00 | 35.00 | 1,820.00 |
| | | Approved on 09/30/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130930091420 | | | | | | |
| 7 | | 09/29/2013 | GAIL TAFT | DOCUMENT REVIEWER | REG | 40.00 | 35.00 | 1,400.00 |
| | | Approved on 09/30/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20130930091435 | | | | | | |
| | | **SUBTOTAL:** | | | | 322.00 | | 12,870.00 |

**TOTAL AMOUNT DUE :**                           $ **12,870.00**  USD

SCIWEEKLY          5951156



# SPECIAL COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5964470 |
| Invoice Date: | 10/06/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# ⌐Redacted – Not Responsive⌐
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 10/06/2013 | MARTA R ACOSTA | DOCUMENT REVIEWER | REG | 36.50 | 35.00 | 1,277.50 |
| | | Approved on 10/07/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131007141712 | | | | | | |
| 2 | | 10/06/2013 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 41.50 | 35.00 | 1,452.50 |
| | | Approved on 10/07/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131007122929 | | | | | | |
| 3 | | 10/06/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 42.00 | 75.00 | 3,150.00 |
| | | Approved on 10/07/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20131007141754 | | | | | | |
| 4 | | 10/06/2013 | STEPHANIE N LUCAS | DOCUMENT REVIEWER | REG | 47.50 | 35.00 | 1,662.50 |
| | | Approved on 10/07/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131007122946 | | | | | | |
| 5 | | 10/06/2013 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 51.00 | 35.00 | 1,785.00 |
| | | Approved on 10/07/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131007123002 | | | | | | |
| 6 | | 10/06/2013 | MATTHEW T SPULAK | DOCUMENT REVIEWER | REG | 43.50 | 35.00 | 1,522.50 |
| | | Approved on 10/07/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131007123023 | | | | | | |
| 7 | | 10/06/2013 | GAIL TAFT | DOCUMENT REVIEWER | REG | 38.75 | 35.00 | 1,356.25 |
| | | Approved on 10/07/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131007123036 | | | | | | |
| | | **SUBTOTAL:** | | | | 300.75 | | 12,206.25 |

| **TOTAL AMOUNT DUE :** | **$ 12,206.25   USD** |
|---|---|

SCIWEEKLY          5964470



# SPECIAL COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5976888 |
| Invoice Date: | 10/13/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# Redacted – Not Responsive
For billing questions, please call   888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 10/13/2013 | MARTA R ACOSTA | DOCUMENT REVIEWER | REG | 32.25 | 35.00 | 1,128.75 |
| | | Approved on 10/14/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131014160328 | | | | | | |
| 2 | | 10/13/2013 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 45.00 | 35.00 | 1,575.00 |
| | | Approved on 10/14/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131014160353 | | | | | | |
| 3 | | 10/13/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 37.75 | 75.00 | 2,831.25 |
| | | Approved on 10/16/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20131016094510 | | | | | | |
| 4 | | 10/13/2013 | STEPHANIE N LUCAS | DOCUMENT REVIEWER | REG | 61.75 | 35.00 | 2,161.25 |
| | | Approved on 10/14/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131014160411 | | | | | | |
| 5 | | 10/13/2013 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 57.25 | 35.00 | 2,003.75 |
| | | Approved on 10/14/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131014160430 | | | | | | |
| 6 | | 10/13/2013 | MATTHEW T SPULAK | DOCUMENT REVIEWER | REG | 58.50 | 35.00 | 2,047.50 |
| | | Approved on 10/14/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131014160457 | | | | | | |
| 7 | | 10/13/2013 | GAIL TAFT | DOCUMENT REVIEWER | REG | 40.00 | 35.00 | 1,400.00 |
| | | Approved on 10/14/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131014160510 | | | | | | |
| | | **SUBTOTAL:** | | | | 332.50 | | 13,147.50 |

| | |
|---|---|
| **TOTAL AMOUNT DUE :** | **$  13,147.50**  USD |

SCIWEEKLY          5976888

CONFIDENTIAL                                                                    IMPRL-supp022697



# SPECIAL COUNSEL

Please Remit To:
POST OFFICE BOX 1024140
ATLANTA, GA 30368-4140

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5993287 |
| Invoice Date: | 10/27/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
IMPERIAL FINANCE AND TRADING
CHRIS O'REILLY
5355 TOWN CENTER RD, SUITE 701
SUITE 301
BOCA RATON, FL 33486

Federal Tax ID# [Redacted – Not Responsive]
For billing questions, please call   888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 10/20/2013 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 51.25 | 35.00 | 1,793.75 |
| | | Approved on 10/22/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131022124015 | | | | | | |
| 2 | | 10/20/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 36.50 | 75.00 | 2,737.50 |
| | | Approved on 10/24/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20131024113347 | | | | | | |
| 3 | | 10/20/2013 | STEPHANIE N LUCAS | DOCUMENT REVIEWER | REG | 55.50 | 35.00 | 1,942.50 |
| | | Approved on 10/22/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131022124040 | | | | | | |
| 4 | | 10/20/2013 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 57.50 | 35.00 | 2,012.50 |
| | | Approved on 10/22/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131022124653 | | | | | | |
| 5 | | 10/20/2013 | MATTHEW T SPULAK | DOCUMENT REVIEWER | REG | 51.25 | 35.00 | 1,793.75 |
| | | Approved on 10/22/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131022124716 | | | | | | |
| | | | **SUBTOTAL:** | | | 252.00 | | 10,280.00 |

**TOTAL AMOUNT DUE :**          $  10,280.00  USD

SCIWEEKLY        5989090


# SPECIAL COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 6004367 |
| Invoice Date: | 10/27/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# [Redacted – Not Responsive]
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|------|-----|----------|-----------|-------------|--|---------|-----------|--------|
| 1 | | 10/27/2013 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 47.75 | 35.00 | 1,671.25 |
| | | Approved on 10/29/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131029173731 | | | | | | |
| 2 | | 10/27/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 27.50 | 75.00 | 2,062.50 |
| | | Approved on 10/30/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20131030103318 | | | | | | |
| 3 | | 10/27/2013 | STEPHANIE N LUCAS | DOCUMENT REVIEWER | REG | 43.50 | 35.00 | 1,522.50 |
| | | Approved on 10/29/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131029173735 | | | | | | |
| 4 | | 10/27/2013 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 47.00 | 35.00 | 1,645.00 |
| | | Approved on 10/29/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131029173733 | | | | | | |
| 5 | | 10/27/2013 | MATTHEW T SPULAK | DOCUMENT REVIEWER | REG | 42.25 | 35.00 | 1,478.75 |
| | | Approved on 10/29/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131029173737 | | | | | | |

| | SUBTOTAL: | 208.00 | 8,380.00 |
|--|-----------|--------|----------|

**TOTAL AMOUNT DUE :**                    $    **8,380.00**   USD

CONFIDENTIAL
IMPRL-supp022699



# SPECIAL COUNSEL®

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 6015513 |
| Invoice Date: | 11/03/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# Redacted – Not Responsive
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 11/03/2013 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 35.00 | 35.00 | 1,225.00 |
| | | Approved on 11/04/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131104140927 | | | | | | |
| 2 | | 11/03/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 31.00 | 75.00 | 2,325.00 |
| | | Approved on 11/05/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20131105161657 | | | | | | |
| 3 | | 11/03/2013 | STEPHANIE N LUCAS | DOCUMENT REVIEWER | REG | 50.00 | 35.00 | 1,750.00 |
| | | Approved on 11/04/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131104140955 | | | | | | |
| 4 | | 11/03/2013 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 48.75 | 35.00 | 1,706.25 |
| | | Approved on 11/04/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131104141010 | | | | | | |
| 5 | | 11/03/2013 | MATTHEW T SPULAK | DOCUMENT REVIEWER | REG | 39.00 | 35.00 | 1,365.00 |
| | | Approved on 11/04/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131104141024 | | | | | | |
| | | | **SUBTOTAL:** | | | 203.75 | | 8,371.25 |

**TOTAL AMOUNT DUE :**          **$   8,371.25   USD**

CONFIDENTIAL                                    IMPRL-supp022700



# SPECIAL COUNSEL

Please Remit To:
    POST OFFICE BOX 1024140
    ATLANTA, GA 30368-4140

Customer:
    IMPERIAL FINANCE AND TRADING
    CHRIS O'REILLY
    5355 TOWN CENTER RD, SUITE 701
    SUITE 301
    BOCA RATON, FL  33486

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 6029378 |
| Invoice Date: | 11/10/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Federal Tax ID#: Redacted – Not Responsive
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 11/10/2013 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 40.25 | 35.00 | 1,408.75 |
| | | Approved on 11/12/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131112091128 | | | | | | |
| 2 | | 11/10/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 37.00 | 75.00 | 2,775.00 |
| | | Approved on 11/12/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20131112153044 | | | | | | |
| 3 | | 11/10/2013 | STEPHANIE N LUCAS | DOCUMENT REVIEWER | REG | 42.00 | 35.00 | 1,470.00 |
| | | Approved on 11/12/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131112091142 | | | | | | |
| 4 | | 11/10/2013 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 47.00 | 35.00 | 1,645.00 |
| | | Approved on 11/12/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131112091153 | | | | | | |
| 5 | | 11/10/2013 | MATTHEW T SPULAK | DOCUMENT REVIEWER | REG | 35.00 | 35.00 | 1,225.00 |
| | | Approved on 11/12/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131112091207 | | | | | | |
| | | **SUBTOTAL:** | | | | 201.25 | | 8,523.75 |

| **TOTAL AMOUNT DUE :** | **$** | **8,523.75** | **USD** |
|---|---|---|---|

SCIWEEKLY        6029378



# SPECIAL COUNSEL

| | |
|---|---|
| Please Remit To: | Page: 1 |
| **POST OFFICE BOX 1024140** | Invoice No: 6057255 |
| **ATLANTA, GA 30368-4140** | Invoice Date: 12/01/2013 |
| | Customer Number: SCI0005561 |
| | Payment Terms: Net 15 |
| Customer: | Branch: FL416 |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# [Redacted – Not Responsive]
For billing questions, please call  888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 11/17/2013 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 45.50 | 35.00 | 1,592.50 |
| | | Approved on 11/18/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131118131309 | | | | | | |
| 2 | | 11/17/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 28.50 | 75.00 | 2,137.50 |
| | | Approved on 11/22/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20131122165248 | | | | | | |
| 3 | | 11/17/2013 | STEPHANIE N LUCAS | DOCUMENT REVIEWER | REG | 49.00 | 35.00 | 1,715.00 |
| | | Approved on 11/18/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131118131322 | | | | | | |
| 4 | | 11/17/2013 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 53.75 | 35.00 | 1,881.25 |
| | | Approved on 11/18/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131118131442 | | | | | | |
| 5 | | 11/17/2013 | MATTHEW T SPULAK | DOCUMENT REVIEWER | REG | 48.50 | 35.00 | 1,697.50 |
| | | Approved on 11/18/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131118131508 | | | | | | |
| | | **SUBTOTAL:** | | | | 225.25 | | 9,023.75 |

**TOTAL AMOUNT DUE :**        $    **9,023.75**   USD

SCIWEEKLY        6041747

CONFIDENTIAL                                                                 IMPRL-supp022702

# SPECIAL COUNSEL 

| | |
|---|---|
| Please Remit To: | Page:      1 |
| **POST OFFICE BOX 1024140** | Invoice No:      6055021 |
| **ATLANTA, GA 30368-4140** | Invoice Date:      11/24/2013 |
| | Customer Number:      SCI0005561 |
| Customer: | Payment Terms:      Net 15 |
| **IMPERIAL FINANCE AND TRADING** | Branch:      FL416 |
| **CHRIS O'REILLY** | |
| **5355 TOWN CENTER RD, SUITE 701** | |
| **SUITE 301** | |
| **BOCA RATON, FL 33486** | |

Federal Tax ID#  Redacted – Not Responsive
For billing questions, please call  888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 11/24/2013 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 61.50 | 35.00 | 2,152.50 |
| | | Approved on 11/26/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131126130103 | | | | | | |
| 2 | | 11/24/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 8.50 | 75.00 | 637.50 |
| | | Approved on 11/26/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20131126130131 | | | | | | |
| 3 | | 11/24/2013 | STEPHANIE N LUCAS | DOCUMENT REVIEWER | REG | 53.25 | 35.00 | 1,863.75 |
| | | Approved on 11/26/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131126130105 | | | | | | |
| 4 | | 11/24/2013 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 56.50 | 35.00 | 1,977.50 |
| | | Approved on 11/26/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131126130109 | | | | | | |
| 5 | | 11/24/2013 | MATTHEW T SPULAK | DOCUMENT REVIEWER | REG | 46.00 | 35.00 | 1,610.00 |
| | | Approved on 11/26/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131126130107 | | | | | | |

**SUBTOTAL:**            225.75          8,241.25

**TOTAL AMOUNT DUE :**      $     **8,241.25**   USD



# SPECIAL COUNSEL

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 6065232 |
| Invoice Date: | 12/01/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# ⟨Redacted – Not Responsive⟩
For billing questions, please call   888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 12/01/2013 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 9.00 | 35.00 | 315.00 |
| | | Approved on 12/03/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131203124202 | | | | | | |
| 2 | | 12/01/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 3.00 | 75.00 | 225.00 |
| | | Approved on 12/04/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20131204101902 | | | | | | |
| 3 | | 12/01/2013 | STEPHANIE N LUCAS | DOCUMENT REVIEWER | REG | 28.00 | 35.00 | 980.00 |
| | | Approved on 12/03/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131203124217 | | | | | | |
| 4 | | 12/01/2013 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 10.50 | 35.00 | 367.50 |
| | | Approved on 12/03/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131203124252 | | | | | | |
| 5 | | 12/01/2013 | MATTHEW T SPULAK | DOCUMENT REVIEWER | REG | 27.75 | 35.00 | 971.25 |
| | | Approved on 12/03/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131203124311 | | | | | | |
| | | **SUBTOTAL:** | | | | 78.25 | | 2,858.75 |

| **TOTAL AMOUNT DUE :** | $ | **2,858.75** | USD |
|---|---|---|---|

CONFIDENTIAL

IMPRL-supp022704



# SPECIAL COUNSEL

Please Remit To:
   POST OFFICE BOX 1024140
   ATLANTA, GA 30368-4140

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 6079353 |
| Invoice Date: | 12/08/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
   IMPERIAL FINANCE AND TRADING
   CHRIS O'REILLY
   5355 TOWN CENTER RD, SUITE 701
   SUITE 301
   BOCA RATON, FL 33486

Federal Tax ID# Redacted – Not Responsive
For billing questions, please call   888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 12/08/2013 | STEPHANIE N LUCAS | DOCUMENT REVIEWER | REG | 38.50 | 35.00 | 1,347.50 |
| | | Approved on 12/09/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131209105643 | | | | | | |
| 2 | | 12/08/2013 | MATTHEW T SPULAK | DOCUMENT REVIEWER | REG | 38.75 | 35.00 | 1,356.25 |
| | | Approved on 12/09/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131209105646 | | | | | | |
| | | | SUBTOTAL: | | | 77.25 | | 2,703.75 |

**TOTAL AMOUNT DUE :**     $    2,703.75   USD

CONFIDENTIAL                                                                 IMPRL-supp022705



# SPECIAL COUNSEL

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 6105435 |
| Invoice Date: | 12/22/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Please Remit To:
  POST OFFICE BOX 1024140
  ATLANTA, GA 30368-4140

Customer:
  IMPERIAL FINANCE AND TRADING
  CHRIS O'REILLY
  5355 TOWN CENTER RD, SUITE 701
  SUITE 301
  BOCA RATON, FL 33486

Federal Tax ID# Redacted - Not Responsive
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 12/08/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 26.00 | 75.00 | 1,950.00 |

Approved on 12/23/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20131223151247

| | | | |
|---|---|---|---|
| SUBTOTAL: | | 26.00 | 1,950.00 |

| | | | |
|---|---|---|---|
| **TOTAL AMOUNT DUE :** | $ | **1,950.00** | USD |

CONFIDENTIAL

IMPRL-supp022706



# SPECIAL COUNSEL

| | |
|---|---|
| Please Remit To: | Page: 1 |
| **POST OFFICE BOX 1024140** | Invoice No: 6107378 |
| **ATLANTA, GA 30368-4140** | Invoice Date: 12/29/2013 |
| | Customer Number: SCI0005561 |
| | Payment Terms: Net 15 |
| Customer: | Branch: FL416 |
| **IMPERIAL FINANCE AND TRADING** | |
| **CHRIS O'REILLY** | |
| **5355 TOWN CENTER RD, SUITE 701** | |
| **SUITE 301** | |
| **BOCA RATON, FL 33486** | |

Federal Tax ID# Redacted – Not Responsive
For billing questions, please call     888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 12/15/2013 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 32.00 | 35.00 | 1,120.00 |
| | | Approved on 12/18/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131218104711 | | | | | | |
| 2 | | 12/15/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 24.00 | 75.00 | 1,800.00 |
| | | Approved on 12/24/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20131224140223 | | | | | | |
| 3 | | 12/15/2013 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 33.75 | 35.00 | 1,181.25 |
| | | Approved on 12/18/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131218104714 | | | | | | |
| | | | **SUBTOTAL:** | | | 89.75 | | 4,101.25 |

| **TOTAL AMOUNT DUE :** | $ **4,101.25** USD |
|---|---|

SCIWEEKLY          6094933



# SPECIAL COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 6105414 |
| Invoice Date: | 12/22/2013 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Federal Tax ID# Redacted – Not Responsive
For billing questions, please call   888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|------|-----|----------|-----------|-------------|---|---------|-----------|--------|
| 1 | | 12/22/2013 | ALEJANDRO ALMIROLA | DOCUMENT REVIEWER | REG | 33.25 | 35.00 | 1,163.75 |
| | | Approved on 12/23/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131223143659 | | | | | | |
| 2 | | 12/22/2013 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 40.00 | 35.00 | 1,400.00 |
| | | Approved on 12/23/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131223143933 | | | | | | |
| 3 | | 12/22/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 21.00 | 75.00 | 1,575.00 |
| | | Approved on 12/24/2013 by katie.curiel@specialcounsel.com Confirmation/TC # 20131224140218 | | | | | | |
| 4 | | 12/22/2013 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 41.25 | 35.00 | 1,443.75 |
| | | Approved on 12/23/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131223144253 | | | | | | |
| | | **SUBTOTAL:** | | | | 135.50 | | 5,582.50 |

| **TOTAL AMOUNT DUE :** | **$ 5,582.50 USD** |
|---|---|

SCIWEEKLY        6105414



# SPECIAL COUNSEL

Please Remit To:
   POST OFFICE BOX 1024140
   ATLANTA, GA 30368-4140

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 6129471 |
| Invoice Date: | 01/12/2014 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
   IMPERIAL FINANCE AND TRADING
   CHRIS O'REILLY
   5355 TOWN CENTER RD, SUITE 701
   SUITE 301
   BOCA RATON, FL 33486

Federal Tax ID# Redacted – Not Responsive
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 12/29/2013 | ALEJANDRO ALMIROLA | DOCUMENT REVIEWER | REG | 23.50 | 35.00 | 822.50 |
| | | Approved on 12/31/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131231092241 | | | | | | |
| 2 | | 12/29/2013 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 31.25 | 35.00 | 1,093.75 |
| | | Approved on 12/31/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131231092340 | | | | | | |
| 3 | | 12/29/2013 | KATIE A CURIEL | PROJECT MANAGER | REG | 12.00 | 75.00 | 900.00 |
| | | Approved on 01/03/2014 by katie.curiel@specialcounsel.com Confirmation/TC # 20140103154907 | | | | | | |
| 4 | | 12/29/2013 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 35.00 | 35.00 | 1,225.00 |
| | | Approved on 12/31/2013 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20131231092438 | | | | | | |

| | | | |
|---|---|---|---|
| **SUBTOTAL:** | | 101.75 | 4,041.25 |

**TOTAL AMOUNT DUE :**          $   **4,041.25**   USD

SCIWEEKLY          6115400

CONFIDENTIAL                                                                                      IMPRL-supp022709



# SPECIAL COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 6129851 |
| Invoice Date: | 01/12/2014 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# Redacted – Not Responsive
For billing questions, please call   888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 01/05/2014 | ALEJANDRO ALMIROLA | DOCUMENT REVIEWER | REG | 28.25 | 35.00 | 988.75 |
| | | Approved on 01/08/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140108105447 | | | | | | |
| 2 | | 01/05/2014 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 32.00 | 35.00 | 1,120.00 |
| | | Approved on 01/08/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140108110655 | | | | | | |
| 3 | | 01/05/2014 | KATIE A CURIEL | PROJECT MANAGER | REG | 33.50 | 75.00 | 2,512.50 |
| | | Approved on 01/08/2014 by katie.curiel@specialcounsel.com Confirmation/TC # 20140108163429 | | | | | | |
| 4 | | 01/05/2014 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 38.25 | 35.00 | 1,338.75 |
| | | Approved on 01/08/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140108105751 | | | | | | |
| | | | **SUBTOTAL:** | | | 132.00 | | 5,960.00 |

| **TOTAL AMOUNT DUE :** | **$ 5,960.00** USD |
|---|---|

SCIWEEKLY        6128792



# SPECIAL COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 6154038 |
| Invoice Date: | 01/26/2014 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# [Redacted – Not Responsive]
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 01/12/2014 | ALEJANDRO ALMIROLA | DOCUMENT REVIEWER | REG | 44.25 | 35.00 | 1,548.75 |
| | | Approved on 01/14/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140114091104 | | | | | | |
| 2 | | 01/12/2014 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 40.00 | 35.00 | 1,400.00 |
| | | Approved on 01/14/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140114091227 | | | | | | |
| 3 | | 01/12/2014 | KATIE A CURIEL | PROJECT MANAGER | REG | 47.50 | 75.00 | 3,562.50 |
| | | Approved on 01/21/2014 by katie.curiel@specialcounsel.com Confirmation/TC # 20140121095709 | | | | | | |
| 4 | | 01/12/2014 | ESTEFANIA NASIELSKI | DOCUMENT REVIEWER | REG | 32.00 | 35.00 | 1,120.00 |
| | | Approved on 01/14/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140114091348 | | | | | | |
| 5 | | 01/12/2014 | JORGE A NUNEZ | DOCUMENT REVIEWER | REG | 38.75 | 35.00 | 1,356.25 |
| | | Approved on 01/14/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140114091542 | | | | | | |
| 6 | | 01/12/2014 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 43.50 | 35.00 | 1,522.50 |
| | | Approved on 01/14/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140114091747 | | | | | | |
| 7 | | 01/12/2014 | GEMA M PINON | DOCUMENT REVIEWER | REG | 22.75 | 35.00 | 796.25 |
| | | Approved on 01/15/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140115105606 | | | | | | |
| 8 | | 01/12/2014 | JORGE L SOSA | DOCUMENT REVIEWER | REG | 36.00 | 35.00 | 1,260.00 |
| | | Approved on 01/14/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140114093613 | | | | | | |
| 9 | | 01/12/2014 | ALEXIS TOLEDO | DOCUMENT REVIEWER | REG | 36.75 | 35.00 | 1,286.25 |
| | | Approved on 01/14/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140114093824 | | | | | | |

|  | SUBTOTAL: | 341.50 | 13,852.50 |
|---|---|---|---|

| **TOTAL AMOUNT DUE :** | **$ 13,852.50  USD** |
|---|---|

SCIWEEKLY        6138340



# SPECIAL COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 6165926 |
| Invoice Date: | 02/02/2014 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID#: Redacted - Not Responsive
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 01/19/2014 | ALEJANDRO ALMIROLA | DOCUMENT REVIEWER | REG | 42.50 | 35.00 | 1,487.50 |
| | | Approved on 01/21/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140121094340 | | | | | | |
| 2 | | 01/19/2014 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 44.00 | 35.00 | 1,540.00 |
| | | Approved on 01/21/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140121094617 | | | | | | |
| 3 | | 01/19/2014 | KATIE A CURIEL | PROJECT MANAGER | REG | 34.00 | 75.00 | 2,550.00 |
| | | Approved on 01/23/2014 by katie.curiel@specialcounsel.com Confirmation/TC # 20140123144608 | | | | | | |
| 4 | | 01/19/2014 | ESTEFANIA NASIELSKI | DOCUMENT REVIEWER | REG | 13.50 | 35.00 | 472.50 |
| | | Approved on 01/21/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140121094711 | | | | | | |
| 5 | | 01/19/2014 | JORGE A NUNEZ | DOCUMENT REVIEWER | REG | 18.50 | 35.00 | 647.50 |
| | | Approved on 01/21/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140121094841 | | | | | | |
| 6 | | 01/19/2014 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 47.75 | 35.00 | 1,671.25 |
| | | Approved on 01/21/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140121095409 | | | | | | |
| 7 | | 01/19/2014 | GEMA M PINON | DOCUMENT REVIEWER | REG | 42.50 | 35.00 | 1,487.50 |
| | | Approved on 01/21/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140121095624 | | | | | | |
| 8 | | 01/19/2014 | JORGE L SOSA | DOCUMENT REVIEWER | REG | 19.50 | 35.00 | 682.50 |
| | | Approved on 01/21/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140121095008 | | | | | | |
| 9 | | 01/19/2014 | ALEXIS TOLEDO | DOCUMENT REVIEWER | REG | 17.25 | 35.00 | 603.75 |
| | | Approved on 01/21/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140121095120 | | | | | | |
| | | | SUBTOTAL: | | | 279.50 | | 11,142.50 |

**TOTAL AMOUNT DUE :**          $  **11,142.50**   USD



# SPECIAL COUNSEL

Page: 1
Invoice No: 6162495
Invoice Date: 01/26/2014
Customer Number: SCI0005561
Payment Terms: Net 15
Branch: FL416

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# [Redacted – Not Responsive]
For billing questions, please call   888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 01/26/2014 | ALEJANDRO ALMIROLA | DOCUMENT REVIEWER | REG | 26.50 | 35.00 | 927.50 |
| | | Approved on 01/27/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140127113917 | | | | | | |
| 2 | | 01/26/2014 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 40.00 | 35.00 | 1,400.00 |
| | | Approved on 01/27/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140127114108 | | | | | | |
| 3 | | 01/26/2014 | KATIE A CURIEL | PROJECT MANAGER | REG | 24.50 | 75.00 | 1,837.50 |
| | | Approved on 01/29/2014 by katie.curiel@specialcounsel.com Confirmation/TC # 20140129104656 | | | | | | |
| 4 | | 01/26/2014 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 47.00 | 35.00 | 1,645.00 |
| | | Approved on 01/27/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140127114305 | | | | | | |
| 5 | | 01/26/2014 | GEMA M PINON | DOCUMENT REVIEWER | REG | 39.00 | 35.00 | 1,365.00 |
| | | Approved on 01/27/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140127114407 | | | | | | |

**SUBTOTAL:** 177.00   7,175.00

**TOTAL AMOUNT DUE :**   $  **7,175.00**  USD

CONFIDENTIAL

IMPRL-supp022713



# SPECIAL COUNSEL

Please Remit To:
POST OFFICE BOX 1024140
ATLANTA, GA 30368-4140

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 6174723 |
| Invoice Date: | 02/02/2014 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# [Redacted – Not Responsive]
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 02/02/2014 | ALEJANDRO ALMIROLA | DOCUMENT REVIEWER | REG | 27.50 | 35.00 | 962.50 |
| | | Approved on 02/03/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140203102638 | | | | | | |
| 2 | | 02/02/2014 | ONELY CAIRO-RODRIGUEZ | DOCUMENT REVIEWER | REG | 40.00 | 35.00 | 1,400.00 |
| | | Approved on 02/03/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140203104009 | | | | | | |
| 3 | | 02/02/2014 | LORENA COLOMBO | DOCUMENT REVIEWER | REG | 35.00 | 35.00 | 1,225.00 |
| | | Approved on 02/05/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140205102312 | | | | | | |
| 4 | | 02/02/2014 | KATIE A CURIEL | PROJECT MANAGER | REG | 39.75 | 75.00 | 2,981.25 |
| | | Approved on 02/03/2014 by katie.curiel@specialcounsel.com Confirmation/TC # 20140203152051 | | | | | | |
| 5 | | 02/02/2014 | ESTEFANIA NASIELSKI | DOCUMENT REVIEWER | REG | 8.50 | 35.00 | 297.50 |
| | | Approved on 02/03/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140203104056 | | | | | | |
| 6 | | 02/02/2014 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 41.50 | 35.00 | 1,452.50 |
| | | Approved on 02/03/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140203104806 | | | | | | |
| 7 | | 02/02/2014 | GEMA M PINON | DOCUMENT REVIEWER | REG | 38.00 | 35.00 | 1,330.00 |
| | | Approved on 02/03/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140203153437 | | | | | | |
| 8 | | 02/02/2014 | JORGE L SOSA | DOCUMENT REVIEWER | REG | 8.00 | 35.00 | 280.00 |
| | | Approved on 02/03/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140203104429 | | | | | | |
| 9 | | 02/02/2014 | ALEXIS TOLEDO | DOCUMENT REVIEWER | REG | 8.25 | 35.00 | 288.75 |
| | | Approved on 02/03/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140203104318 | | | | | | |

|  | | |
|---|---|---|
| SUBTOTAL: | 246.50 | 10,217.50 |

**TOTAL AMOUNT DUE :**                                              **$   10,217.50   USD**

CONFIDENTIAL                                                    IMPRL-supp022714



# SPECIAL COUNSEL

Please Remit To:
POST OFFICE BOX 1024140
ATLANTA, GA 30368-4140

Customer:
IMPERIAL FINANCE AND TRADING
CHRIS O'REILLY
5355 TOWN CENTER RD, SUITE 701
SUITE 301
BOCA RATON, FL 33486

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 6191636 |
| Invoice Date: | 02/09/2014 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Federal Tax ID# Redacted – Not Responsive
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 02/09/2014 | KATIE A CURIEL | PROJECT MANAGER | REG | 48.00 | 75.00 | 3,600.00 |
| | | Approved on 02/12/2014 by katie.curiel@specialcounsel.com Confirmation/TC # 20140212135818 | | | | | | |
| 2 | | 02/09/2014 | STEPHANIE N LUCAS | DOCUMENT REVIEWER | REG | 15.25 | 35.00 | 533.75 |
| | | Approved on 02/12/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140212085904 | | | | | | |
| 3 | | 02/09/2014 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 14.75 | 35.00 | 516.25 |
| | | Approved on 02/12/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140212085955 | | | | | | |
| 4 | | 02/09/2014 | MATTHEW T SPULAK | DOCUMENT REVIEWER | REG | 15.50 | 35.00 | 542.50 |
| | | Approved on 02/12/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140212090038 | | | | | | |
| | | **SUBTOTAL:** | | | | 93.50 | | 5,192.50 |

| **TOTAL AMOUNT DUE :** | **$ 5,192.50** USD |
|---|---|

SCIWEEKLY        6191636



# SPECIAL COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 6216450 |
| Invoice Date: | 03/02/2014 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# Redacted – Not Responsive
For billing questions, please call      888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 02/16/2014 | KATIE A CURIEL | PROJECT MANAGER | REG | 57.75 | 75.00 | 4,331.25 |
| | | | Approved on 02/21/2014 by katie.curiel@specialcounsel.com Confirmation/TC # 20140221081920 | | | | | |
| 2 | | 02/16/2014 | STEPHANIE N LUCAS | DOCUMENT REVIEWER | REG | 32.25 | 35.00 | 1,128.75 |
| | | | Approved on 02/18/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140218124527 | | | | | |
| 3 | | 02/16/2014 | ADAM OPACKI | DOCUMENT REVIEWER | REG | 29.50 | 35.00 | 1,032.50 |
| | | | Approved on 02/18/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140218151221 | | | | | |
| 4 | | 02/16/2014 | MATTHEW T SPULAK | DOCUMENT REVIEWER | REG | 21.75 | 35.00 | 761.25 |
| | | | Approved on 02/18/2014 by KATIE.CURIEL@SPECIALCOUNSEL.COM Confirmation/TC # 20140218133234 | | | | | |

|  |  |  |
|---|---|---|
| **SUBTOTAL:** | 141.25 | 7,253.75 |

| **TOTAL AMOUNT DUE :** | **$  7,253.75**  USD |
|---|---|

SCIWEEKLY        6200714



# SPECIAL COUNSEL ®

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 6295417 |
| Invoice Date: | 04/13/2014 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# Redacted – Not Responsive
For billing questions, please call   888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 03/16/2014 | MARILYN BAADE | DOCUMENT REVIEWER | REG | 24.25 | 35.00 | 848.75 |

Approved on 03/28/2014 by SONYA.STRNAD@HKLAW.COM Confirmation/TC # 20140328162344

| | | | |
|---|---|---|---|
| **SUBTOTAL:** | | 24.25 | 848.75 |

| TOTAL AMOUNT DUE : | $ | 848.75 | USD |
|---|---|---|---|

SC1WEEKLY   CRB   6275831      6295416



# SPECIAL COUNSEL

Please Remit To:
POST OFFICE BOX 1024140
ATLANTA, GA 30368-4140

Customer:
IMPERIAL FINANCE AND TRADING
CHRIS O'REILLY
5355 TOWN CENTER RD, SUITE 701
SUITE 301
BOCA RATON, FL 33486

| Page: | 1 |
| Invoice No: | 6295409 |
| Invoice Date: | 04/13/2014 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |
| Dept. No.: | FOLEY |

Federal Tax ID# Redacted - Not Responsive
For billing questions, please call   888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|------|-----|----------|-----------|-------------|---|---------|-----------|--------|
| 1 | | 03/16/2014 | ELINA BLANCO | DOCUMENT REVIEWER | REG | 4.25 | 35.00 | 148.75 |
| | | Approved on 04/02/2014 by LVALIENTE@FOLEY.COM Confirmation/TC # 20140402112257 | | | | | | |
| 2 | | 03/16/2014 | JAMES H PINKERT | DOCUMENT REVIEWER | REG | 4.00 | 35.00 | 140.00 |
| | | Approved on 04/02/2014 by LVALIENTE@FOLEY.COM Confirmation/TC # 20140402112303 | | | | | | |
| 3 | | 03/16/2014 | SCOTT RENSCH | DOCUMENT REVIEWER | REG | 4.75 | 35.00 | 166.25 |
| | | Approved on 04/02/2014 by LVALIENTE@FOLEY.COM Confirmation/TC # 20140402112313 | | | | | | |
| 4 | | 03/16/2014 | STEVEN P VARGAS | DOCUMENT REVIEWER | REG | 5.00 | 35.00 | 175.00 |
| | | Approved on 04/02/2014 by LVALIENTE@FOLEY.COM Confirmation/TC # 20140402112322 | | | | | | |
| | | **SUBTOTAL:** | | | | 18.00 | | 630.00 |

| **TOTAL AMOUNT DUE :** | $ | 630.00 | USD |

SCIWEEKLY    CRB    6278709    6295408

CONFIDENTIAL                                                                IMPRL-supp022718



# SPECIAL COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 6295411 |
| Invoice Date: | 04/13/2014 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |
| Dept. No.: | FOLEY |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# Redacted – Not Responsive
For billing questions, please call 888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 03/23/2014 | ELINA BLANCO | DOCUMENT REVIEWER | REG | 12.50 | 35.00 | 437.50 |
| | | Approved on 03/24/2014 by LVALIENTE@FOLEY.COM Confirmation/TC # 20140324120909 | | | | | | |
| 2 | | 03/23/2014 | JAMES H PINKERT | DOCUMENT REVIEWER | REG | 13.00 | 35.00 | 455.00 |
| | | Approved on 03/26/2014 by LVALIENTE@FOLEY.COM Confirmation/TC # 20140326185615 | | | | | | |
| 3 | | 03/23/2014 | SCOTT RENSCH | DOCUMENT REVIEWER | REG | 13.00 | 35.00 | 455.00 |
| | | Approved on 03/26/2014 by LVALIENTE@FOLEY.COM Confirmation/TC # 20140326185623 | | | | | | |
| 4 | | 03/23/2014 | STEVEN P VARGAS | DOCUMENT REVIEWER | REG | 23.00 | 35.00 | 805.00 |
| | | Approved on 03/24/2014 by LVALIENTE@FOLEY.COM Confirmation/TC # 20140324121012 | | | | | | |

|  | | |
|---|---|---|
| **SUBTOTAL:** | 61.50 | 2,152.50 |

| **TOTAL AMOUNT DUE :** | $ **2,152.50** USD |
|---|---|

SCIWEEKLY   CRB   6267961   6295410



# SPECIAL COUNSEL

Please Remit To:
  **POST OFFICE BOX 1024140**
  **ATLANTA, GA 30368-4140**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 6295419 |
| Invoice Date: | 04/13/2014 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
  **IMPERIAL FINANCE AND TRADING**
  **CHRIS O'REILLY**
  **5355 TOWN CENTER RD, SUITE 701**
  **SUITE 301**
  **BOCA RATON, FL 33486**

Federal Tax ID# Redacted – Not Responsive
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 03/23/2014 | MARILYN BAADE | DOCUMENT REVIEWER | REG | 42.75 | 35.00 | 1,496.25 |

Approved on 03/31/2014 by sonya.strnad@hklaw.com Confirmation/TC # 20140331112855

| | | | |
|---|---|---|---|
| **SUBTOTAL:** | | 42.75 | 1,496.25 |

| | | | |
|---|---|---|---|
| **TOTAL AMOUNT DUE :** | $ | **1,496.25** | USD |

SCIWEEKLY    CRB    6275832    6295418

CONFIDENTIAL



# SPECIAL COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 6295421 |
| Invoice Date: | 04/13/2014 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# Redacted – Not Responsive
For billing questions, please call   888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 03/30/2014 | MARILYN BAADE | DOCUMENT REVIEWER | REG | 11.50 | 35.00 | 402.50 |

Approved on 03/31/2014 by sonya.strnad@hklaw.com Confirmation/TC # 20140331161927

| | | | |
|---|---|---|---|
| **SUBTOTAL:** | | 11.50 | 402.50 |

**TOTAL AMOUNT DUE :**          **$      402.50  USD**

SCIWEEKLY    CRB    6275833      6295420



# SPECIAL COUNSEL

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 6295413 |
| Invoice Date: | 04/13/2014 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |
| Dept. No.: | FOLEY |

Customer:
   **IMPERIAL FINANCE AND TRADING**
   **CHRIS O'REILLY**
   **5355 TOWN CENTER RD, SUITE 701**
   **SUITE 301**
   **BOCA RATON, FL  33486**

Federal Tax ID# [Redacted – Not Responsive]
For billing questions, please call    888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 03/30/2014 | ELINA BLANCO | DOCUMENT REVIEWER | REG | 30.75 | 35.00 | 1,076.25 |
| | | Approved on 04/02/2014 by LVALIENTE@FOLEY.COM Confirmation/TC # 20140402112129 | | | | | | |
| 2 | | 03/30/2014 | JAMES H PINKERT | DOCUMENT REVIEWER | REG | 28.25 | 35.00 | 988.75 |
| | | Approved on 04/02/2014 by LVALIENTE@FOLEY.COM Confirmation/TC # 20140402112143 | | | | | | |
| 3 | | 03/30/2014 | SCOTT RENSCH | DOCUMENT REVIEWER | REG | 32.50 | 35.00 | 1,137.50 |
| | | Approved on 04/02/2014 by LVALIENTE@FOLEY.COM Confirmation/TC # 20140402112213 | | | | | | |
| 4 | | 03/30/2014 | STEVEN P VARGAS | DOCUMENT REVIEWER | REG | 30.00 | 35.00 | 1,050.00 |
| | | Approved on 04/02/2014 by LVALIENTE@FOLEY.COM Confirmation/TC # 20140402112229 | | | | | | |

|  | | | |
|---|---|---|---|
| **SUBTOTAL:** | | 121.50 | 4,252.50 |

| **TOTAL AMOUNT DUE :** | **$   4,252.50   USD** |
|---|---|

SCIWEEKLY    CRB    6278710    6295412

# SPECIAL COUNSEL



Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 6295415 |
| Invoice Date: | 04/13/2014 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |
| Dept. No.: | FOLEY |

Customer:
**IMPERIAL FINANCE AND TRADING**
**CHRIS O'REILLY**
**5355 TOWN CENTER RD, SUITE 701**
**SUITE 301**
**BOCA RATON, FL 33486**

Federal Tax ID# [Redacted – Not Responsive]
For billing questions, please call     888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 04/06/2014 | ELINA BLANCO | DOCUMENT REVIEWER | REG | 34.75 | 35.00 | 1,216.25 |
| | | Approved on 04/08/2014 by cherie.brodnaxeaves@specialcounsel.com Confirmation/TC # 20140408174505 | | | | | | |
| 2 | | 04/06/2014 | JAMES H PINKERT | DOCUMENT REVIEWER | REG | 34.00 | 35.00 | 1,190.00 |
| | | Approved on 04/08/2014 by cherie.brodnaxeaves@specialcounsel.com Confirmation/TC # 20140408174505 | | | | | | |
| 3 | | 04/06/2014 | SCOTT RENSCH | DOCUMENT REVIEWER | REG | 43.50 | 35.00 | 1,522.50 |
| | | Approved on 04/08/2014 by cherie.brodnaxeaves@specialcounsel.com Confirmation/TC # 20140408174506 | | | | | | |
| 4 | | 04/06/2014 | STEVEN P VARGAS | DOCUMENT REVIEWER | REG | 39.00 | 35.00 | 1,365.00 |
| | | Approved on 04/08/2014 by cherie.brodnaxeaves@specialcounsel.com Confirmation/TC # 20140408174506 | | | | | | |

**SUBTOTAL:**     151.25     5,293.75

| **TOTAL AMOUNT DUE :** | **$   5,293.75   USD** |
|---|---|

SCIWEEKLY    CRB    6293133    6295414

CONFIDENTIAL                                        IMPRL-supp022723



# SPECIAL COUNSEL

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 6303027 |
| Invoice Date: | 04/13/2014 |
| Customer Number: | SCI0005561 |
| Payment Terms: | Net 15 |
| Branch: | FL416 |
| Dept. No.: | FOLEY |

Customer:
  **IMPERIAL FINANCE AND TRADING**
  **CHRIS O'REILLY**
  **5355 TOWN CENTER RD, SUITE 701**
  **SUITE 301**
  **BOCA RATON, FL  33486**

Federal Tax ID# [Redacted – Not Responsive]
For billing questions, please call   888-301-3623

| Line | Adj | W/E Date | Associate | Description | | Unt/Hrs | Rate/Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | | 04/13/2014 | ELINA BLANCO | DOCUMENT REVIEWER | REG | 33.50 | 35.00 | 1,172.50 |
| | | Approved on 04/14/2014 by cherie.brodnaxeaves@specialcounsel.com Confirmation/TC # 20140414152407 | | | | | | |
| 2 | | 04/13/2014 | JAMES H PINKERT | DOCUMENT REVIEWER | REG | 31.75 | 35.00 | 1,111.25 |
| | | Approved on 04/14/2014 by cherie.brodnaxeaves@specialcounsel.com Confirmation/TC # 20140414152407 | | | | | | |
| 3 | | 04/13/2014 | SCOTT RENSCH | DOCUMENT REVIEWER | REG | 32.75 | 35.00 | 1,146.25 |
| | | Approved on 04/14/2014 by cherie.brodnaxeaves@specialcounsel.com Confirmation/TC # 20140414152408 | | | | | | |
| 4 | | 04/13/2014 | STEVEN P VARGAS | DOCUMENT REVIEWER | REG | 35.00 | 35.00 | 1,225.00 |
| | | Approved on 04/14/2014 by cherie.brodnaxeaves@specialcounsel.com Confirmation/TC # 20140414152408 | | | | | | |
| | | **SUBTOTAL:** | | | | 133.00 | | 4,655.00 |

| **TOTAL AMOUNT DUE :** | **$   4,655.00**  USD |
|---|---|

CONFIDENTIAL

IMPRL-supp022724

**To:**
Jesus E. Cuza
J. Raul Cosio
Partners
Holland & Knight LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131



**Date:** December 31, 2014
**Acct ID: Imperial Finance**

**Re:** Imperial Finance and Trading LLC

For professional services rendered December 1 through 31, 2014 in connection with the above-referenced matter.

| PERSONNEL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **Rebuttal Report** | | | |
| L. Johnson | 37.00 | $575 | $21,275.00 |
| E. Buttner | 54.25 | 525 | 28,481.25 |
| B. Troxler | 104.50 | 525 | 54,862.50 |
| K. Tullier | 100.75 | 525 | 52,893.75 |
| S. Faruk | 18.00 | 250 | 4,500.00 |
| M.Gears | 10.00 | 250 | 2,500.00 |
| L. Contino | 6.00 | 200 | 1,200.00 |
| L. Avery | 0.25 | 200 | 50.00 |
| | | | **$165,762.50** |
| **Supplemental Report** | | | |
| L. Johnson | 13.00 | $575 | $7,475.00 |
| E. Buttner | 11.25 | 525 | 5,906.25 |
| B. Troxler | 38.50 | 525 | 20,212.50 |
| K. Tullier | 29.75 | 525 | 15,618.75 |
| B. Seger | 17.00 | 300 | 5,100.00 |
| L. Contino | 2.00 | 200 | 400.00 |
| | | | **$54,712.50** |
| | | | |
| **Total Fees:** | | | **$220,475.00** |
| | | | |
| **Continued on Page 2** | | | |

**VERIS CONSULTING, INC.**
**www.verisconsulting.com**

11710 Plaza America Drive, Suite 300 ‖ Reston, VA 20190 ‖ MAIN 703.654.1400 ‖ FAX 703.796.1200
4237 Salisbury Road, Bldg 1, Suite 100 ‖ Jacksonville, FL 32216 ‖ MAIN 877.473.3338 ‖ FAX 904.281.0518



| | | | |
|---|---|---|---|
| **Expenses** | | | |
| B. Troxler | | | |
| Airfare | | | $382.20 |
| Lodging | | | 383.08 |
| Meals | | | 56.71 |
| Taxi | | | 175.40 |
| Parking | | | 36.00 |
| | | | $1,033.39 |
| Misc. Expenses | | | |
| NAIC Research | | | $56.25 |
| Copier | | | 18.60 |
| Printer | | | $133.90 |
| | | | $208.75 |
| **Subtotal Expenses** | | | **$1,242.14** |
| cc: phil.rothschild@hklaw.com | | | |
| | | **Current Amount Due** | **$221,717.14** |

| | 30 Days Past Due | 60 Days Past Due | 90 Days Past Due | Total Amount Due |
|---|---|---|---|---|
| **Current** | | | | |
| **$432,982.97** | **$67,685.05** | | | **$500,668.02** |

Make all checks payable to: Veris Consulting, Inc.
*Please include the Veris Account ID on your check or wire remittance*
Mailing address: 11710 Plaza America Drive, Suite, 300, Reston, VA 20190
Thank you for your payment.



**To:**
Jesus E. Cuza
J. Raul Cosio
Partners
Holland & Knight LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131

**Date:** February 28, 2015
**Acct ID: Imperial Finance**

**Re:** Imperial Finance and Trading LLC

For professional services rendered February 1 through 28, 2015 in connection with the above-referenced matter.

| PERSONNEL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| L. Johnson | 8.00 | $575 | $4,600.00 |
| E. Buttner | 1.75 | 525 | 918.75 |
| B. Troxler | 6.00 | 525 | 3,150.00 |
| K. Tullier | 6.50 | 525 | 3,412.50 |
| | | | $12,081.25 |
| | | | |
| **Expenses** | | | |
| L. Johnson | | | |
| Meals | | | $214.87 |
| Car Service | | | 320.00 |
| Total Expenses | | | $534.87 |
| | | | |
| cc: phil.rothschild@hklaw.com | | | |

| | | | | Current Amount Due | $12,616.12 |
|---|---|---|---|---|---|

| | 30 Days Past Due | 60 Days Past Due | 90 Days Past Due | Total Amount Due |
|---|---|---|---|---|
| | | | | **$12,616.12** |

**Make all checks payable to: Veris Consulting, Inc.**
*Please include the Veris Account ID on your check or wire remittance*
**Mailing address: 11710 Plaza America Drive, Suite, 300, Reston, VA 20190**
**Thank you for your payment.**

CONFIDENTIAL

IMPRL-supp022749



To:
Jesus E. Cuza
J. Raul Cosio
Partners
Holland & Knight LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131

**Date:** January 31, 2015
**Acct ID: Imperial Finance**

**Re:** Imperial Finance and Trading LLC

For professional services rendered January 1 through 31, 2015 in connection with the above-referenced matter.

| PERSONNEL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **Supplemental Report** | | | |
| Description: _Redacted – Not Responsive_ | | | |
| L. Johnson | 14.00 | $575 | $8,050.00 |
| E. Buttner | 20.50 | 525 | 10,762.50 |
| B. Troxler | 32.00 | 525 | 16,800.00 |
| K. Tullier | 34.00 | 525 | 17,850.00 |
| L. Contino | 4.00 | 200 | 800.00 |
| L. Avery | 0.25 | 200 | 50.00 |
| | 104.75 | | $54,312.50 |
| **Deposition** | | | |
| Description: **Redacted – Not Responsive** | | | |
| L. Johnson | 52.00 | $575 | $29,900.00 |
| E. Buttner | 2.25 | 525 | 1,181.25 |
| B. Troxler | 13.00 | 525 | 6,825.00 |
| K. Tullier | 13.50 | 525 | 7,087.50 |
| L. Contino | 12.00 | 200 | 2,400.00 |
| | 92.75 | | $47,393.75 |
| **Other Assistance** | | | |
| Description: Assistance re: **Redacted – Not Responsive** | | | |
| E. Buttner | 4.00 | $525 | $2,100.00 |
| B. Troxler | 18.00 | 525 | 9,450.00 |
| K. Tullier | 51.00 | 525 | 26,775.00 |
| B. Seger | 15.00 | 300 | 4,500.00 |
| | 88.00 | | $42,825.00 |
| **Total Fees** | 285.50 | | $144,531.25 |

VERIS CONSULTING, INC.
www.verisconsulting.com
11710 Plaza America Drive, Suite 300  |  Reston, VA 20190  |  MAIN 703.654.1400  |  FAX 703.796.1200
4237 Salisbury Road, Bldg 1, Suite 100  |  Jacksonville, FL 32216  |  MAIN 877.473.3338  |  FAX 904.281.0518



| Expenses | | | | |
|---|---|---|---|---|
| L.Johnson | | | | |
| Airfare | | | | $610.30 |
| | | | | |
| Printer | | | | 299.10 |
| Copier | | | | 7.80 |
| | | | | |
| **Subtotal Expenses** | | | | $917.20 |
| | | | | |
| | | | | |
| | | | | |
| cc: phil.rothschild@hklaw.com | | | | |
| | | | **Current Amount Due** | **$145,448.45** |

| | 30 Days Past Due | 60 Days Past Due | 90 Days Past Due | |
|---|---|---|---|---|
| **Current** | | | | **Total Amount Due** |
| | | | | **$145,448.45** |

Make all checks payable to: Veris Consulting, Inc.
*Please include the Veris Account ID on your check or wire remittance*
Mailing address: 11710 Plaza America Drive, Suite, 300, Reston, VA 20190
Thank you for your payment.

 IMPRL-supp022751



**To:**
Jesus E. Cuza
J. Raul Cosio
Partners
Holland & Knight LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131

**Date:** June 18, 2015
**Acct ID: Imperial Finance**
**Invoice No: 20150500**

**Re:** Imperial Finance and Trading LLC

For professional services rendered May 1 through 31, 2015 in connection with the above-referenced matter.

| PERSONNEL | HOURS | RATE | | AMOUNT |
|---|---|---|---|---|
| L. Johnson | 7.00 | $575 | | $4,025.00 |
| E. Buttner | 1.50 | 525 | | 787.50 |
| B. Troxler | 13.00 | 525 | | 6,825.00 |
| K. Tullier | 6.50 | 525 | | 3,412.50 |
| | | | | $15,050.00 |

cc: phil.rothschild@hklaw.com

| | | Current Amount Due | | $15,050.00 |
|---|---|---|---|---|
| | 30 Days Past Due | 60 Days Past Due | 90 Days Past Due | Total Amount Due |
| | | $12,616.12 | | $27,666.12 |

**Make all checks payable to:** Veris Consulting, Inc.
*Please include the Veris Account ID on your check or wire remittance*
Mailing address: 11710 Plaza America Drive, Suite, 300, Reston, VA 20190
Thank you for your payment.

**VERIS CONSULTING, INC.**
www.verisconsulting.com

11710 Plaza America Drive, Suite 300 I Reston, VA 20190 I MAIN 703.654.1400 I FAX 703.796.1200
4237 Salisbury Road, Bldg 1, Suite 100 I Jacksonville, FL 32216 I MAIN 877.473.3338 I FAX 904.281.0518

CONFIDENTIAL



**To:**
Jesus E. Cuza
J. Raul Cosio
Partners
Holland & Knight LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131

**Date:** November 30, 2014
**Acct ID: Imperial Finance**

**Re:** Imperial Finance and Trading LLC

For professional services rendered November 1 through 30, 2014 in connection with the above-referenced matter.

| PERSONNEL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| L. Johnson | 36.00 | $575 | $20,700.00 |
| E. Buttner | 59.75 | 525 | 31,368.75 |
| B. Troxler | 142.00 | 525 | 74,550.00 |
| K. Tullier | 141.50 | 525 | 74,287.50 |
| B. Seger | 24.00 | 300 | 7,200.00 |
| L. Contino | 4.00 | 200 | 800.00 |
| | | | **$208,906.25** |
| **Expenses** | | | |
| K. Tullier | | | |
| Airfare | | | $1,100.79 |
| Car Rental | | | 110.69 |
| Lodging | | | 430.68 |
| Parking | | | 30.00 |
| | | | $1,672.16 |
| L. Johnson | | | |
| Airfare | | | $167.10 |
| B. Troxler | | | |
| Airfare | | | $332.00 |
| Parking | | | 36.00 |
| Meals | | | 119.42 |
| | | | $487.42 |
| Printer | | | $32.90 |
| **Subtotal Expenses** | | | **$2,359.58** |
| | Current Amount Due | | **$211,265.83** |

| 30 Days | 60 Days Past Due | 90 Days Past Due | 120 / 150 Days Past Due | Total Amount Due |
|---|---|---|---|---|
| $67,685.05 | | | | **$278,950.88** |

**Make all checks payable to: Veris Consulting, Inc.**
*Please include the Veris Account ID on your check or wire remittance*
**Mailing address: 11710 Plaza America Drive, Suite, 300, Reston, VA 20190**
**Thank you for your payment.**

**VERIS CONSULTING, INC.**     11710 Plaza America Drive, Suite 300 I Reston, VA 20190 I MAIN 703.654.1400 I FAX 703.796.1200
**www.verisconsulting.com**     4237 Salisbury Road, Bldg 1, Suite 100 I Jacksonville, FL 32216 I MAIN 877.473.3338 I FAX 904.281.0518

CONFIDENTIAL



# Statement

Date: **August 21, 2015**

Client: **Holland & Knight**
**Attn: Jesus Cuza**
**701 Brockell Avenue, Suite 3300**
**Miami, FL 33131**

| Ref No. | Date | Description | | | Amount | Running Balance |
|---|---|---|---|---|---|---|
| 007214 | 2/17/2015 | Invoice # 007214 to client 02/17/15 | | | 28,089.37 | 28,089.37 |
| Service Charge | 3/19/2015 | 1.5% Service Fee 03/19/15 - 04/17/15 | | | 421.34 | 28,510.71 |
| Service Charge | 4/18/2015 | 1.5% Service Fee 04/18/15 - 05/17/15 | | | 427.66 | 28,938.37 |
| Service Charge | 5/18/2015 | 1.5% Service Fee 05/18/15 - 06/16/15 | | | 434.08 | 29,372.45 |
| Service Charge | 6/17/2015 | 1.5% Service Fee 06/17/15 - 07/16/15 | | | 440.59 | 29,813.03 |
| Service Charge | 7/17/2015 | 1.5% Service Fee 07/17/15 - 08/16/15 | | | 447.20 | 30,260.23 |
| | | | | | | |
| 007225 | 3/13/2015 | Invoice # 007225 to client 03/13/2015 | | | 2,477.52 | 2,477.52 |
| Service Charge | 4/12/2015 | 1.5% Service Fee 04/12/15 - 05/11/15 | | | 37.16 | 2,514.68 |
| Service Charge | 5/12/2015 | 1.5% Service Fee 05/12/15 - 06/10/15 | | | 37.72 | 2,552.40 |
| Service Charge | 6/11/2015 | 1.5% Service Fee 06/11/15 - 07/10/15 | | | 38.29 | 2,590.69 |
| Service Charge | 7/11/2015 | 1.5% Service Fee 07/11/15 - 08/10/15 | | | 38.86 | 2,629.55 |

A service charge of 1.5% per month will be added to outstanding balances after 30 days from the invoice date.

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Service Charge | Amount Due |
|---|---|---|---|---|---|---|
| $         - | $         - | $         - | $         - | $   30,566.89 | $   2,322.89 | $   32,889.78 |

| Remittance | |
|---|---|
| Account # | HK Imperial |
| Date | Upon Receipt |
| Amount Due | 32,889.78 |
| Amt Enclosed | |



| | | | |
|---|---|---|---|
| Invoice Number: | 007214 |
| Invoice Date: | February 13, 2015 |
| Project: | HK Imperial |
| Federal ID: | 26-0794472 |
| Terms: | Due Upon Receipt |

Holland & Knight
Attn: Jesus Cuza
701 Brickell Avenue, Suite 3300
Miami, FL 33131

Please remit to:
Z-Axis Corporation, LLC
ATTN: Accounts Receivable
4600 South Ulster Street
Suite 270
Denver, CO 80237
(303) 713-0200 - Main

Trial Presentation Consultant   Scott Boulware          Visual Strategist   Alan Treibitz

---

Project           HK Imperial

Case Name         Sun Life Assurance Company of Canada v. Imperial Holdings, Inc. et al.

| | Qty | Rate | Total |
|---|---|---|---|
| **Project Management** | | | |
| Executive Project Manager | 10.25 Hrs | 325.00 | 3,331.25 |
| Senior Project Manager | 23.75 Hrs | 275.00 | 6,531.25 |
| Art Director | 3.50 Hrs | 260.00 | 910.00 |
| Subtotal     Project Management | | | **10,772.50** |
| | | | |
| **Revised Snapshot** | | | |
| Multimedia Artist | 12.00 Hrs | 240.00 | 2,880.00 |
| Custom Programming | 0.50 Hrs | 275.00 | 137.50 |
| Subtotal     Revised Snapshot | | | **3,017.50** |
| | | | |
| **The Process** | | | |
| Art Director | 18.75 Hrs | 260.00 | 4,875.00 |
| Subtotal     The Process | | | **4,875.00** |
| | | | |
| **Document Callouts** | | | |
| Art Director | 0.50 Hrs | 260.00 | 130.00 |
| Subtotal     Document Callouts | | | **130.00** |
| | | | |
| **Miller Timeline** | | | |
| Graphic Artist | 12.50 Hrs | 240.00 | 3,000.00 |
| Subtotal     Timeline | | | **3,000.00** |
| | | | |
| **On Site Trial Support** | | | |
| Executive Project Manager | 4.25 Hrs | 325.00 | 1,381.25 |
| On Site Pre Trial Prep Clips | 12.00 Hrs | 175.00 | 2,100.00 |
| On Site Preparation for Denver Pre Trial | 4.00 Hrs | 175.00 | 700.00 |
| Production Assistant | 0.25 Hrs | 130.00 | 32.50 |
| Subtotal     On Site Trial Support | | | **4,213.75** |

CONFIDENTIAL                                                   IMPRL-supp022733



| Holland & Knight | Qty | Rate | Total |
|---|---|---|---|

**Other Direct Costs**

| FTP Web Site Set Up | 1.00 Ea | 200.00 | 200.00 |
| **Subtotal    Other Direct Costs** | | | **200.00** |

**Travel Expenses for Treibitz 01/04 – 01/06/15 Client Meeting**

| Airfare | | | 1,058.20 |
| Lodging | | | 404.95 |
| Other Travel Expenses | | | 417.47 |
| **Subtotal    Travel Expenses** | | | **1,880.62** |

| | Labor Costs | 26,008.75 |
| | FTP Web Site Set Up | 200.00 |
| | Travel Expenses | 1,880.62 |

| **Invoice Total** | **$** | **28,089.37** |

CONFIDENTIAL

IMPRL-supp022734



| Invoice Number: | 007225 |
| Invoice Date: | February 28, 2015 |
| Project: | HK Imperial |
| Federal ID: | 26-0794472 |
| Terms: | Due Upon Receipt |

Holland & Knight
Attn:  Jesus Cuza
701 Brickell Avenue, Suite 3300
Miami, FL 33131

Please remit to:    Z-Axis Corporation, LLC
                    ATTN: Accounts Receivable
                    4600 South Ulster Street
                    Suite 270
                    Denver, CO 80237
                    (303) 713-0200 - Main

Trial Presentation Consultant   Scott Boulware        Visual Strategist    Alan Treibitz

---

| Project | HK Imperial |
| Case Name | Sun Life Assurance Company of Canada v. Imperial Holdings, Inc. et al. |

Total

---

**Travel Expenses for John Hicks & Alan Treibitz**

|  |  |
| --- | ---: |
| Airfare | 1,964.40 |
| Lodging | 513.12 |
| **Subtotal      Travel Expenses** | **2,477.52** |

|  |  |
| ---: | :---: |
| **Invoice Total** | **$   2,477.52** |

**NOTE:**
Client cancelled meeting the night before scheduled travel.  The hotel reservation
was past the cancellation time so we were charged one night hotel for each room.
The airfare was not refundable but we will be able to apply the ticket to our next
trip to Miami minus the re-booking fee.

CONFIDENTIAL

IMPRL-supp022735



**Z-Axis LLC**
4600 S. Ulster Street, Suite 270
Denver, CO 80237
**T** 303.713.0200 **F** 303.713.0299
www.zaxis.com

## WIRE TRANSFER INSTRUCTIONS

Our domestic wire transfer instructions are as follows:

Receiving Bank:
    ABA Number:    107001070
    Bank Name:    Citywide Banks
        10660 East Colfax Avenue
        Aurora, CO 80010

Beneficiary:
    Account Number:    Redacted – Not Responsive
    Name & Address:    Z-Axis Corporation, LLC
        4600 South Ulster Street
        Suite 270
        Denver, CO 80237

Please contact our office if you require more information or have any questions.

**DENVER • LONDON • NEW YORK • SAN FRANCISCO • WASHINGTON D.C.**