UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  13-80385-Civ-Brannon

SUN LIFE ASSURANCE COMPANY
OF CANADA,

      Plaintiff(s),

vs.

IMPERIAL HOLDINGS INC., et al.,

      Defendant(s).
_____/

## FINAL JUDGMENT

This MATTER is before the Court following the Court's Order Granting Sun Life's Motion for Summary Judgment [DE 521].  Pursuant to Fed. R. Civ. P 58, the Court hereby enters a FINAL JUDGMENT in Sun Life's favor on Imperial's affirmative case against Sun Life.  The Clerk of Court is directed to CLOSE THIS CASE.

DONE and ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 23rd day of September, 2016.

_____
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE

1