**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 13-CV-80385-Brannon
(consolidated with Case No. 13-CV-80730-Brannon)

---

SUN LIFE ASSURANCE COMPANY OF CANADA,

        Plaintiff,
v.

IMPERIAL HOLDINGS, INC.,

        Defendant.

---

IMPERIAL PREMIUM FINANCE, LLC,

        Plaintiff,
v.

SUN LIFE ASSURANCE COMPANY OF CANADA,

        Defendant.

---

**<u>NOTICE OF APPEAL OF SUN LIFE ASSURANCE COMPANY OF CANADA</u>**

Imperial Premium Finance, LLC, has appealed the judgment entered in this case following the resolution of timely post-judgment motions. *See* ECF No. 552. Sun Life Assurance Company of Canada ("Sun Life") hereby gives notice that it cross-appeals to the United States Court of Appeals for the Eleventh Circuit from earlier interlocutory denials of affirmative relief, which were made final by the judgment here appealed from, including, but not limited to (1) the Court's order entered on December 9, 2014, which granted in part Imperial's motion to dismiss Sun Life's Second Amended Complaint and dismissed Sun Life's claims for RICO conspiracy, aiding and abetting fraud, civil conspiracy to commit fraud, tortious interference with contractual relations, and declaratory judgment, see ECF No. 191; and (2) the Court's February 5, 2015 order, which (a) granted Imperial's motion for summary judgment and entered judgment on Sun Life's claims for civil RICO violations and fraud; and (b) vacated the

Court's prior order granting Sun Life's motion to dismiss Imperial's complaint on the grounds of Florida's litigation privilege and denied that motion, see ECF No. 291.[1]

This notice of appeal is proper and timely pursuant to Rule 4 of the Federal Rules of Appellate Procedure because it is both filed within 14 days of the date on which Imperial filed its notice of appeal and filed within 30 days after the Court's entry of an order disposing of Imperial's motion to alter or amend the Court's judgment under Rule 59 of the Federal Rules of Civil Procedure.  Fed. R. App. P. 4(a)(1) and (3).

Dated:  January 24, 2017                      By:__s/Wendy L. Furman_____

    Wendy L. Furman
    Fla. Bar No. 0085146
    **EDISON, MCDOWELL & HETHERINGTON, LLP**
    2101 N.W. Corporate Blvd., Suite 316
    Boca Raton, FL 33431
    (561) 994-4311
    (561) 982-8985 fax
    Wendy.furman@emhllp.com

    *Of Counsel*
    Jason P. Gosselin *(Admitted Pro Hac Vice)*
    John M. Moore *(Admitted Pro Hac Vice)*
    Joseph M. Kelleher (*Admitted Pro Hac Vice)*
    **DRINKER BIDDLE & REATH LLP**
    One Logan Square, Ste. 2000
    Philadelphia, PA 19103-6996
    (215) 988-2700
    Jason.gosselin@dbr.com
    John.moore@dbr.com
    Joseph.kelleher@dbr.com

---

[1] Additionally, as alternative grounds for affirmance of the Court's judgment in favor of Sun Life as to Imperial's affirmative claims, the Court's June 6, 2016 and June 30, 2016 orders striking certain of Sun Life's affirmative defenses will be at issue during the appeal.  *See* ECF Nos. 442 and 456.

## CERTIFICATE OF SERVICE

I certify that on January 24, 2017, I served the foregoing by filing a copy of the same with the Court's ECF/CM system, which will provide notice of the same to the following:

>Jesus E. Cuza, Esq.
>J. Raul Cosio, Esq.
>Monica Vila, Esq.
>Holland & Knight LLP
>701 Brickell Ave.
>Suite 3000
>Miami, FL 33131
>jesus.cuza@hklaw.com
>raul.cosio@hklaw.com
>monica.vila@hklaw.com
>
>Philip E. Rothschild, Esq.
>Holland & Knight LLP
>515 E. Las Olas Blvd.
>Suite 1200
>Ft. Lauderdale, FL 33301
>Phil.rothschild@hklaw.com
>
>George E. Schulz, Jr.
>Holland & Knight, LLP
>50 North Laura Street
>Suite 3900
>Jacksonville, FL 32202
>Buddy.schulz@hklaw.com
>
>*Counsel for the Imperial Parties*

    /s/ Wendy L. Furman
    Wendy L. Furman