**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 13-CV-80385-Brannon
(consolidated with Case No. 13-CV-80730-Brannon)

SUN LIFE ASSURANCE COMPANY OF CANADA,

        Plaintiff,
 v.

IMPERIAL HOLDINGS, INC., et al.

        Defendants.

IMPERIAL PREMIUM FINANCE, LLC,

        Plaintiff,
 v.

SUN LIFE ASSURANCE COMPANY OF CANADA,

        Defendant.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Sun Life Assurance Company of Canada and Defendants, Imperial Holdings, Inc., Imperial Premium Finance, LLC, Imperial Life Financing II, LLC, Imperial Life Settlements, LLC, Imperial PFC Financing, LLC, Imperial PFC Financing II, LLC, Olipp I, LLC, and PSC Financial, LLC, by undersigned counsel, hereby stipulate that this action and all claims including all counterclaims and defenses asserted therein be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

CASE NO.: 9:13-cv-80385

Dated:  December 9, 2019                                    Respectfully submitted,

| By: */s/ John M. Moore* | By: */s/ Justin B. Elegant* |
|---|---|
| Wendy L. Furman (Fla. Bar No. 0085146) | Justin B. Elegant (Fla. Bar No. 0134597) |
| MCDOWELL HETHERINGTON LLP | Kenneth W. Waterway (Fla. Bar No. 994235) |
| 2101 N.W. Corporate Blvd., Suite 316 | BERGER SINGERMAN LLP |
| Boca Raton, FL 33431 | 1450 Brickell Avenue, Suite 1900 |
| Telephone: (561) 994-4311 | Miami, FL 33131 |
| Facsimile: (561) 982-8985 | Telephone: (305) 755-9500 |
| Email: wendy.furman@mhllp.com | Facsimile: (305) 714-4340 |
| Jason P. Gosselin (*pro hac vice*) | Email: JElegant@bergersingerman.com |
| John Bloor (*pro hac vice*) | Email: kwaterway@bergersingerman.com |
| John M. Moore (*pro hac vice*) | Email: drt@bergersingerman.com |
| DRINKER BIDDLE & REATH LLP | *Counsel for Defendants* |
| One Logan Square, Ste. 2000 | |
| Philadelphia, PA 19103-6996 | |
| Telephone: (215) 988-2700 | |
| Email: Jason.gosselin@dbr.com | |
| Email: John.bloor@dbr.com | |
| Email: John.moore@dbr.com | |
| *Counsel for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 9, 2019 a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system upon all parties registered to receive electronic notice in this case.

*/s/ Justin B. Elegant*
Justin B. Elegant